Annick M. Persinger (CA Bar No. 272996)
*apersinger@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

Katherine M. Aizpuru (*pro hac vice to be filed*)
*kaizpuru@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA PERJANIK, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING,<br><br>    Defendant. | CASE NO.<br><br>DECLARATION OF ANNICK M. PERSINGER PURSUANT TO CAL. CIV. CODE § 1780(d) |

I, Annick M. Persinger, declare as follows:

1. I am a partner at the law firm of Tycko & Zavareei LLP and counsel of record in the above-captioned case. I am admitted to practice in the State of California and before this Court.

2. I make this declaration based on my personal knowledge, publicly available information, and the records of my law firm. I could and would testify competently to the testimony herein if called upon to do so.

3. A Statement of Information filed with the State of California states that Defendant ProctorU LLC maintains an office in Pleasanton, CA and is doing business in a county within this District.

4. Accordingly, venue is proper within this District.

Dated: February 27, 2025                    Respectfully Submitted,

                                            /s/ Annick M. Persinger
                                            Annick M. Persinger
                                            Counsel for Plaintiffs and the Class