# EXHIBIT A

February 2025 Bar Exam FAQs

 **The State Bar of California**                    **OFFICE OF ADMISSIONS**

## FEBRUARY 2025 BAR EXAM FAQS

These FAQs are a living document. They are subject to revision and will be supplemented and  updated as needed. Please also refer to the key dates and deadlines leading up to exam day. **Deadlines will not be extended, and it is the applicant's responsibility to comply with all deadlines.**

On October 22, 2024, the California Supreme Court approved administering the California Bar Exam in two modalities: remotely and in-person at vendor-run test centers. Applicants will be able to select their preferred method for taking this exam when submitting the bar exam application.

- Format of the Exam
- Technological Requirements
- Exam Integrity
- Communications from the State Bar

### SOUTHERN CALIFORNIA WILDFIRES

Any February bar exam takers who have been displaced or personally affected by the wildfires around Los Angeles County and want to discuss changes in their circumstances regarding the upcoming exam administration should email Wildfire.Emergencies@calbar.ca.gov.

### FORMAT OF THE EXAM

1.  **What will the exam look like? What can I expect on the day(s) of the exam?**
    The General Bar Examination (CBX) is a 2-day exam. Day One of the exam will be composed of five one-hour essay sessions covering Questions 1 through 5, with a 45-minute lunch break, followed by a 90-minute Performance Test (PT). Day Two of the exam will be composed of four 90-minute sessions covering 200 multiple-choice questions (MCQs).

    On exam day, please follow the instructions below to launch the exam:
    - Log in to your candidate portal.
    - Click the "Launch Exam" button at your exam time.
    - You will be redirected to the ProctorU platform.
    - Follow the on-screen instructions.
    - You will be connected to a proctor within 15 minutes.
    - Your proctor will walk you through a series of steps.

    Here are helpful resources to prepare for exam day:
    - Support Information: This site outlines support options for the Meazure Exam Platform, including details on scheduling and what to expect on exam day.
    - Process Overview Video walks testers through the entire process — from booking and launching your exam to connecting with a proctor using the Guardian Secure Browser.
    - Test Center Process Video provides an overview of the process for candidates testing at a Meazure Learning test center.

Updated: February 3, 2025

- ProctorU Test Taker Library is a comprehensive resource for test-takers needing assistance with the remote proctoring platform.
- Policies and Prohibited Items Bulletin.

2. **Is there an opportunity to see the new MCQs prior to the bar exam?**
Applicants who meet the qualifications for Phase One of the California Bar Exam Experiment will have the opportunity to participate in a field test of the new MCQs and the new exam delivery vendor. Applicants will also get to preview questions provided in the study guide.

3. **Are there breaks during the exam?**
Whether a test taker sits for the exam remotely or in-person, there will be 5-minute breaks between exam sessions. Be sure to return to the exam within the allotted time, as you will not be allowed to continue taking the exam after your break has elapsed.

4. **Will there be an opportunity to practice using the new exam delivery (or administration) software before the February 2025 CBX?**
Applicants who meet the qualifications for Phase One of the Experimental Bar Exam will have the opportunity to pre-test the new exam delivery software, as well as the MCQs. Applicants will also get to test the software by completing the **required mock exam** prior to the exam administration.

5. **Where are the test centers for the February exam?**
Meazure Learning will offer in-person testing facilities in states within the Pacific and Mountain time zones. Meazure Learning will send scheduling information for the bar exam to all examinees. You will be asked to enter a ZIP code, and only test sites within radius will be displayed for selection.

| Test Center Locations | |
|---|---|
| **City** | **Facility** |
| **Los Angeles** | **Ontario Convention Center**<br>2000 E Convention Center Way<br>Ontario, CA 91764 |
| **Sacramento** | **@the Grounds**<br>700 Event Center Drive<br>Roseville, CA 95678 |
| **San Francisco** | **South San Francisco Conference Center**<br>255 S Airport Boulevard<br>South San Francisco, CA 94080 |
| **San Diego** | **Chula Vista Elite Athlete Training Center**<br>2800 Olympic Parkway<br>Chula Vista, CA 91915 |

6. **I have testing accommodations. How do I know if I can test remotely for the February 2025 CBX?**
After receiving your request for testing accommodations, a staff member will contact you regarding any compatibility concerns with a remote exam. All examinees granted hard copy exam materials must test in-person.

7. **What happens if I test positive for COVID-19 and cannot attend the exam in-person?**
   If you are unable to attend the bar exam due to COVID-19 or another serious illness, you may be eligible to apply for a [50 percent medical refund of fees in accordance with the Committee's Refund of Fees Policy](). Please note that medical documentation is required to qualify for this refund.

## TECHNOLOGICAL REQUIREMENTS

8. **What kinds of computer, accessories, and internet access do I need to take the February 25–26, 2025, remote bar exam?**
   Examinees testing remotely must use a laptop or desktop computer with a working microphone and webcam. Only one mouse and one keyboard are allowed during the exam. One Bluetooth keyboard and mouse will be allowed for remote examinees. Please avoid using work- or school-issued laptops, as these often have firewalls and require administrator permissions, which may cause issues during the exam.

   For optimal computer performance, the State Bar recommends using a laptop or desktop computer that exceeds the minimum requirements for memory and hard drive space. Remote exam takers using the Meazure Learning platform must meet the following minimum system requirements (MSRs):

| Minimum System Requirements | |
|---|---|
| **Operating System** | Windows 10 or later Mac OS 11.0 or later |
| | All recent compatible versions of ChromeOS (Extension workflow only) |
| **Browser** | Guardian Secure Browser |
| | Google Chrome for the Guardian Extension Workflow |
| **Connectivity** | 3 Mbps (3072 Kbps) Upload & Download (mobile hotspots and tethering are discouraged) |
| **Webcam** | 640x480 resolution |
| **Microphone** | All microphones other than those built into headphones are permitted |
| **Speakers** | Built-in or external speakers are required |
| **RAM** | 8 GB |
| **CPU** | 4 cores at 3.5-4.5ghz |
| **Monitor Resolution** | 1366x768 |
| **Ports** | UDP/TCP 80 |
| | UDP/TCP 443 |

The following are instructions provided by Meazure Learning for preparing your hardware and software:

**Use a Personal Computer**
- Make sure your computer has a webcam and microphone.
- Ensure that screen savers and sleep mode are disabled on your device to prevent interruptions.

**Test Your Equipment**
- Disconnect any dual monitors. Only one screen is permitted on exam day.
- Review the equipment requirements.

February 2025 Bar Exam FAQs

- Install the Guardian Browser.
- Disable the pop-up blocker.

**Try the Platform Tutorial**
- Log in to your candidate portal and access the [Platform Tutorial](#). The tutorial is designed to help you get familiar with the exam software.

9. **Can I use an external monitor?**
   No, the exam software will detect if additional monitors are connected to the laptop or computer. As part of the security startup process, you will not be able to proceed with multiple monitors. Any extra monitors will be identified as a conduct violation subject to sanction.

## EXAM INTEGRITY

10. **Will the software vendor have access to sensitive information on my laptop?**
    The State Bar has been assured by the software vendor that its applications do not have access to, nor do they store, any password information on exam-takers' devices. To learn what information Meazure Learning collects and what they do with that information, see [Meazure Learning's privacy policy.](#)

11. **Will my webcam be recording me during the entire exam?**
    Yes. While you are logged into an exam session, the remote-proctored exam will be continuously recorded (audio and video), and you will be monitored by a human proctor.

12. **What are reasons a test taker might receive a Chapter 6 Notice for violating exam rules?**
    Failure to follow oral and written instructions while the exam is in session will result in notice to the State Bar of California of a violation of exam rules in accordance with the provisions of Title 4, Division 1, Chapter 6 of the Rules of the State Bar of California (Admissions Rules).

    Conduct that results in a violation of security or safety or disrupts the administration of the exam and will result in notice to the State Bar of a violation of exam rules and, in some cases, lead to a score of zero on the exam, lead to a moral character referral, and/or dismissal from the exam test center includes, but is not limited to:
    - Sharing, discussing, or disseminating any exam content before the entire testing population has completed the exam (such as sharing exam questions, answers, or topics through social media, online forums, private group chats, or any other means of communication);
    - The use of artificial intelligence tools, other forms of technology, or any prohibited aids to access, record, or share exam content or to review, analyze, or generate notes or responses about exam content;
    - Bringing unauthorized items into the exam room;
    - Looking at another applicant's papers, whiteboard, or computer screen;
    - Reading aloud any portion of the exam questions or responses;
    - Talking while the exam is in session;
    - Being abusive to other applicants, staff, proctors, and/or other exam personnel;
    - Continuing to work on the exam after time is called or the exam session is complete;

February 2025 Bar Exam FAQs

- Leaving the view of the webcam;
- Having or using an unauthorized electronic device outside of the check-in process;
- Exiting the exam room outside of scheduled breaks/lunch;
- Having others (including pets) in the exam room while testing;
- Suspected cheating on the exam;
- Disrupted video or audio due to not meeting the minimum system requirements.

**Note:** This list is not exhaustive; examinees must consult the Policies and Prohibited Items Bulletin and adhere to all exam rules and policies.

### 13. Will the bar-exam graders know who I am?

Examinee answers are identified solely by a code number, ensuring graders have no information about the individual .

### COMMUNICATIONS FROM THE STATE BAR

### 14. Are there any communications I need to look for from the State Bar?

- First, make sure you have added "@calbar.ca.gov" to your email safelist and that you familiarize yourself with all the dates and deadlines related to the February 2025 bar exam.
- Exam Policies and Prohibited Items Bulletin will be posted for your review.
- Starting six weeks before the exam, expect weekly Friday emails from the Office of Admissions.
- Examinees applying for testing accommodations will receive additional communications regarding those requests.

### NEW ADDITIONS TO FAQS

### 15. Will I receive hard copies of the exam?

Most examinees will not receive hard copies of the exam. Examinees testing on a laptop or desktop computer will not receive hard copy exam materials, whether they test remotely or in-person. Only hand-writers and examinees granted hard copy exam materials as a testing accommodation will receive hard copy exam materials. Hard copy exam materials are not compatible with the remote testing modality and are only available for in-person testing.

### 16. Which examinees are required to pay the laptop fees?

Examinees who are testing remotely and in-person on a computer or laptop are required to pay the laptop fees. These examinees will be accessing the Meazure Learning platform, and as such, must pay for the licensing software. Examinees who require hand-writing the exam are not required to pay the laptop fees.

### 17. Will examinees get the same break times whether they take the exam remotely or in-person?

Yes, the exam schedule applies to examinees testing remotely and at an in-person, vendor-run test center. Remember: You will not be allowed to continue taking the exam if you return after your break has elapsed.

### 18. If I participate in Phase One of the CA Bar Exam Experiment in November 2024, am I eligible for a grading adjustment for the February 2025 exam? How will it

**get applied?**
The Supreme Court has approved a bar exam score adjustment of up to one standard deviation to be applied to California bar exams in 2025 for those who participate and perform well on the experimental exams. The purpose of the score adjustment is to ensure participants are highly motivated to participate in the experiment in good faith and that the resulting data analysis will closely replicate an actual exam. Examinees who participate in Phase One and meet a minimum threshold of performance will be eligible to receive a policy-determined scale score adjustment on the multiple-choice section on their first bar exam attempt in February 2025 or July 2025.

After each phase of the experiment is complete, the State Bar's psychometrician will analyze the data and recommend the magnitude of the adjustment to the Committee of Bar Examiners, informed by the data. The same number of points will be awarded to each participant who reaches the minimum threshold of performance in their respective experimental grouping. Once the committee determines the number of points to award, any scoring adjustments will be made only after the State Bar's grading, scaling, and reappraisal procedures and processes have been completed.

**19. How will I know if I am assigned to take the exam in my preferred mode?**
You will receive an email from Meazure Learning, the vendor responsible for delivering and proctoring the exam confirming your mode. Applicants will be required to schedule their exam session. All space will be assigned on a first- come, first-served basis.

Emails from Meazure Learning will be sent from either [testingsupport@meazurelearning.com](mailto:testingsupport@meazurelearning.com) or [support@meazurelearning.zendesk.com](mailto:support@meazurelearning.zendesk.com). Please check your spam and junk folders regularly to ensure you receive all emails from Meazure Learning. You will receive additional communication from Meazure Learning regarding the following:
- Setting up your Meazure Learning account
- Scheduling your exam session
- Testing your computer equipment and preparing your space
- Accessing a tutorial for the Meazure Learning platform
- Exam day procedures and policies

**20. Am I allowed to change my exam modality? How do I do that?**
Applicants needing to change the format in which they will take the bar exam must do so no later than January 20, 2025, which corresponds with the last day to schedule a proctored mock exam. This will ensure applicants are able to meet the mock exam requirement before the deadline. After January 20, applicants will not be able to switch out of their exam testing mode (whether hand-writer, testing on a laptop in-person, or testing remotely). Modality changes are done through the [Applicant Portal.](#)

**21. I have a disability that requires hard copy exam questions, but I will be using a laptop. What should I do?**
Examinees using a laptop or desktop computer will not have access to exam paper material regardless of whether they test remotely or in-person. Applicants may request hard copy exam material as an accommodation for a disability-related functional limitation by

submitting a testing accommodation request through the Applicant Portal. Please use the following link to get more information about Testing Accommodations.

Examinees will have access or permission to access virtual scratch paper and may bring a dry-erase whiteboard within the size limits of 8.5" x 11" or 9" x 12" for use during the examination. Whiteboards may be double-sided. The whiteboard will be subject to inspection, and larger sizes will not be permitted. A felt brick or fabric cloth are allowed as a whiteboard eraser, and examinees should only bring one eraser.

**22. When and how can I schedule my exam (remote or in-person)?**

Approved applicants will receive an email invitation with instructions on how to schedule their exam on January 30, 2025. The exam scheduling window will be open from January 30 to February 14, 2025. It is strongly recommended that you schedule your exam as soon as the window opens, as slots are assigned on a first-come, first-served basis. The exam scheduling instructions will come from Meazure Learning at either testingsupport@meazurelearning.com or support@meazurelearning.zendesk.com. Please check your spam and junk folders regularly to ensure you receive all necessary communications.

**23. What kind of identification is needed for the exam?**

Examinees will be required to show a valid government-issued photo ID. The photo on the ID must resemble the test-taker, and the name on the ID must match the name on file. Acceptable photo IDs include a driver's license, passport, any other government-issued ID card, and military identification. Digital identification and expired identification will not be accepted. No exceptions will be made; examinees will not be able to access the exam without proper identification.

**24. What will the exam schedule be like?**

- The Attorneys' Examination will be administered on Tuesday, February 25, 2025.
- The General Bar Examination will be administered on Tuesday and Wednesday, February 25 and 26, 2025.
- Day One of the exam will be composed of five one-hour essay sessions covering Questions 1 through 5, with a 45-minute lunch break, followed by a 90-minute Performance Test (PT).
- Day Two of the exam will be composed of four 90-minute sessions covering 200 Multiple-Choice Questions (MCQs).
- In-person examinees will begin their exams between 8:00 a.m. and 10:00 a.m. PST.
- Remote examinees will begin at 7:00 a.m. – 11:00 a.m. PST.
- You will have a 5-minute break between each session (Essay Questions, PT or MCQs), as well as a 45-minute lunch break. You will not be allowed to continue taking the exam if you return after your break has elapsed.
- All examinees should plan to arrive, whether in-person or remote, at least 30 minutes prior to your start times. This will help ensure a seamless check-in and orientation process. Examinees granted extended time may have different schedules, which are posted on the Testing Accommodations website.
- You must be logged into the Meazure Learning platform to start the exam no later than 15 minutes prior to your appointment time, but you will not be able to start the exam until your scheduled exam time. Be ready at your exam appointment time. You may be denied

access to your exam if you are late.
- This site outlines support options for the Meazure Exam Platform, including details on scheduling and what to expect on exam day.
- Below is a sample of the exam schedule, listed in Pacific Standard Time (PST):

| Day One | | | | Day Two | | |
|---|---|---|---|---|---|---|
| Start Time | Session | Duration | | Start Time | Session | Duration |
| 8:00 AM | Introductions and Exam Rules | 10 minutes | | 8:00 AM | Introductions and Exam Rules | 10 minutes |
| 8:10 AM | Question 1 | 60 minutes | | 8:10 AM | MC 1-50 | 90 minutes |
| 9:10 AM | Break | 5 minutes | | 9:40 AM | Break | 5 minutes |
| 9:15 AM | Room Scan | 2 to 3 minutes | | 9:45 AM | Room Scan | 2 to 3 minutes |
| 9:18 AM | Question 2 | 60 minutes | | 9:48 AM | MC 51-100 | 90 minutes |
| 10:18 AM | Break | 5 minutes | | 11:18 AM | Lunch | 45 minutes |
| 10:23 AM | Room Scan | 2 to 3 minutes | | 12:03 PM | Room Scan | 2 to 3 minutes |
| 10:26 AM | Question 3 | 60 minutes | | 12:06 PM | MC 101-150 | 90 minutes |
| 11:26 AM | Lunch | 45 minutes | | 1:36 PM | Break | 5 minutes |
| 12:11 PM | Room Scan | 2 to 3 minutes | | 1:41 PM | Room Scan | 3 minutes |
| 12:14 PM | Question 4 | 60 minutes | | 1:44 PM | MC 151-200 | 90 minutes |
| 1:14 PM | Break | 5 minutes | | 3:14 PM | Exam Concludes | |
| 1:19 PM | Room Scan | 2 to 3 minutes | | | | |
| 1:22 PM | Question 5 | 60 minutes | | | | |
| 2:22 PM | Break | 5 minutes | | | | |
| 2:27 PM | Room Scan | 2 to 3 minutes | | | | |
| 2:30 PM | Performance Test | 90 minutes | | | | |
| 4:00 PM | Exam Concludes | | | | | |

### 25. How does the exam scheduling work?
- Applicants will receive a scheduling email from Meazure Learning on January 30 to schedule their remote or in-person exam. The exam scheduling window will be open from January 30, 2025, to February 14, 2025. If you are taking the exam in-person, you will enter the zip code of the location where you will be taking the exam and then select a test site. Remote testers will see different time selections within a set window and will select a time to begin the exam launch process on exam day.

### 26. During the exam, may I go back and edit answers from prior questions?
- Essay and Performance Test (PT): No. To ensure the integrity of the exam, examinees will be given access to the questions one at a time. After each one-hour essay is completed, you will no longer have access to that essay. The same is true for the PT. You will not be able to go back to prior questions and edit your answers.
- Multiple-Choice Questions (MCQs): Yes. The exam is administered over four 90-minute sessions each composed of 50 multiple-choice questions. You can flag multiple-choice questions to which you would like to return during that session. Once the session is over, you will not be allowed to return to those 50 questions.

### 27. Can I bring my own stationery/office supplies?
Examinees may use their own whiteboard, within the size limit of 8.5" x 11" or 9" x 12". Whiteboards can be double-sided. A felt brick or fabric cloth will be allowed as a whiteboard eraser, and you should only bring one eraser. Multiple colors of dry erase markers can be used for notetaking.

Whiteboards will not be provided at Ontario Convention Center, South San Francisco Conference Center, @the Grounds, and Chula Vista Elite Athlete Training Center. Meazure Learning will only supply whiteboards at smaller test centers. Examinees who are handwriting or have certain testing accommodations allowing them access to hard copy exam material

February 2025 Bar Exam FAQs

may be allowed the following:

- Nonmechanical pencils (several sharpened pencils are recommended)
- Separate erasers without markings
- Manual pencil sharpener (must be clear and have an attachable container to catch shavings)
- Pen-style highlighters (must not be used on answers)
- Rulers
- Paper clips

**28. Are there highlighting, copy/paste, and other features in the Meazure Learning platform?**

For the February bar exam, the MCQs and essay components will include a single-color highlighter, digital notepad, timer, spell check, copy-and-paste functionality (shortcuts such as Ctrl+C and Ctrl+V will be available), strikethrough functionality (limited to the question stem). Text from the question stem or fact pattern can be copied and pasted into the response field or the digital notepad. Text written in the digital notepad can also be copied and pasted into the response field.

For the Performance Test, examinees will view and annotate the materials in a PDF. This viewer will provide:

- A resource packet in a separate tab with features such as search functionality and bookmarks for easy navigation.
- Single-color highlighter functionality.
- Text annotation and comment features.
- A tagging system to help organize notes.
- The ability to copy and paste text from the materials into the response field.
- Spell check.

**29. Will there be scratch paper for the exam?**

No, examinees will have access or permission to access virtual scratch paper and may bring a dry-erase whiteboard within the size limits of 8.5" x 11" or 9" x 12" for use during the examination.

**30. If I attended only part of my exam and missed some sessions, will my exam answers still be graded?**

If you are absent for any portion of the exam, you will be considered as having not taken the exam, and your answers will not be graded. If you plan to take a future administration, you will need to adhere to the application filing deadlines for first-time applicants rather than those for immediate repeaters, if applicable. Examinees must make a good faith effort to complete each session they attend. Failure to do so may result in receiving a Chapter 6 Notice and being prohibited from participating in any remaining sessions of the exam.

**31. I am approved for the 2-day General Bar Exam but would like to take the 1-day Attorneys' Exam. How do I do that?**

If you are an attorney approved to take the Attorneys' Exam (1-day exam), your admittance ticket will display the words "1-Day Exam." If these words do not appear, you are scheduled to take the 2-day General Bar Exam. Requests to switch between the 1-day Attorneys' Exam and the 2-day General Bar Exam cannot be accommodated after the final application filing

deadline. Examinees must complete and pass the exam designated and approved by the Office of Admissions.

### IN-PERSON EXAMINEES

**32. Are restrooms available at the test center?**

Yes, restrooms are available, however, the exact location will vary among test centers. You should familiarize yourself with the restroom location and use the facilities before the exam begins to avoid missing important instructions. No extra time will be granted for restroom breaks.

**33. Will I be able to use my own laptop?**

Examinees may not use their personal laptops or computers to take the exam in-person. Ontario Convention Center will have 17" ASUS and HPs. South San Francisco Conference Center, @the Grounds, and Chula Vista Elite Athlete Training Center will have 15" Lenovo V15s. All other test centers will have standard desktops with a minimum 17" monitor, mouse and keyboard.

**34. I applied to take the exam in-person and would like to take it remotely now. Am I eligible?**

Applicants needing to change the format in which they will take the bar exam must do so no later than January 20, 2025, which corresponds with the last day to schedule a proctored mock exam. This will ensure applicants are able to meet the mock exam requirement before the deadline. For example, applicants wanting to switch from an in-person exam to a remote exam must send the State Bar a test center change request no later than January 20. Applicants will then be able to schedule a proctored mock exam session in time for the bar exam. After January 20, applicants will not be able to switch out of their exam testing mode (whether hand-writer, testing on a laptop in-person, or testing remotely).

**35. Is it possible to change my test center?**

Applicants planning to take the exam in-person can change their testing location through February 14, 2025. To do so, you must contact Meazure Learning to make that request. Your currently selected test center must be canceled before you can choose a new one. Please be aware that test center availability is on a first-come, first-served basis, so there is a chance you could lose your spot when canceling. Once canceled, you'll need to act quickly to secure a new test center, as availability may change.

**36. Can I cancel my test center appointment?**

Yes, you may cancel a scheduled test center appointment at least 48 hours prior to the scheduled appointment date and time by accessing Meazure Learning's online test scheduling system.

**37. Do I need to take the mock exam?**

Laptop examinees are required to take the mock exam. It must be completed between January 17 and January 24, 2025. Please note, the in-person applicant mock exam is not proctored and does not require prior scheduling.

If you are registered to take the exam as a hand-writer, you will not be using the Meazure Learning platform, and a mock exam is NOT required to test your equipment. However, if you decide to switch from a hand-written exam to a computer-based exam, you must take the

mock exam. Any requests to change your test method must be done prior to the mock exam final scheduling deadline on January 20, 2025. After this date, hand-writers will no longer be able to switch test methods. If you switch test methods but do not take the mock exam, you will not be allowed to sit for the bar exam, and no refund will be issued.

**38. Do I need an admittance ticket to enter the exam site?**
Examinees are not required to present admittance tickets to enter the exam sites. However, they must bring a printed confirmation notice from Meazure Learning upon arrival. The confirmation notice is sent via email after an applicant schedules their exam session and contains important details about your exam. You will receive one confirmation email for each exam day. The confirmation notice contains multiple pages. All pages must be printed and brought to each testing appointment.

**39. What type of environment can I expect at the Meazure Learning test center?**
Every effort will be made to maintain a comfortable and quiet environment at the test center. However, certain events, conditions, or actions by third parties may occur that are beyond the control of the State Bar or the Committee of Bar Examiners (CBE). Test center temperatures may fluctuate due to the weather conditions or issues with the cooling or heating systems, so examinees should be prepared for both warm or cold environments. While efforts will be made to minimize noise, a completely silent environment cannot be guaranteed. Examinees should anticipate potential disruptions, such as sounds from other test-takers, proctors performing their duties, individuals entering or exiting the exam room, operational equipment inside or outside the facility, or concurrent meetings or events at the venue. To minimize distractions, the use of foam earplugs is highly recommended. These earplugs must not be made of silicone or wax, and they cannot be wireless or connected to any mechanism or device.

**40. Are both testing days conducted on site for those taking the test in-person?**
Yes.

**41. Can we leave the test center during our lunch breaks?**
Yes.

**42. Will I have locker access?**
In-person examinees will not be permitted access to their lockers during the 5-minute breaks for any reason. Access will be allowed only during the lunch break. Note: Larger test centers likely will not have lockers. Applicants may need to leave their bags outside the exam room.

**REMOTE PROCTORED EXAMINEES**

**43. How do I establish my identity at the beginning of the exam?**
Examinees will be required to show a valid government-issued photo ID. The photo on the ID must resemble the test-taker, and the name on the ID must match the name on file. Acceptable photo IDs include a driver's license, passport, any other government-issued ID card, and military identification. Digital identification and expired identification will not be accepted. No exceptions will be made; examinees will not be able to access the exam without proper identification.

**44. Can someone enter the exam room?**

No one else is permitted to enter the exam room while the exam is in progress. If another individual enters the room, including pets, you will be flagged and issued an exam rule violation notice.

**45. Can I smoke or vape during the exam?**
Smoking and vaping are not allowed.

**46. Will the test be administered outside of California?**
The exam will be administered remotely in Pacific Standard Time (PST). In-person testing facilities are only available in states within the Pacific and Mountain time zones. Examinees outside these times zones may take the exam remotely. All examinees, whether testing remotely or at a test center, must follow Pacific Standard Time for the exam. Exam times are listed in PST, so the actual time of the exam may vary based on your location, including for international examinees.

**47. Can I take the exam at a test center outside of the United States?**
In-person test centers are only available in the U.S. states within the Pacific and Mountain time zones. International examinees who choose to take the exam outside of the U.S. can only take the exam remotely.

**48. Can foreign applicants take the online exam?**
Applicants deemed eligible for the bar exam and who meet all the outlined testing conditions for a remote exam can take the test remotely from any location. Foreign examinees must adhere to Pacific Standard Time (PST) for the exam. Times identified for the exam are Pacific Standard Time, so the actual time of the exam may vary based on your location.

**49. If I have been granted a testing accommodation that would require me to take the exam in-person, but I would rather waive that accommodation to test remotely. Is that allowed?**
Applicants can choose to waive their accommodations and take the remote exam without the accommodations. You don't have to withdraw from the exam.

**50. Is water and food permitted in the exam room?**
One bottle of water is permitted. The bottle must be clear, plastic, with a lid, and no larger than 32 ounces. The bottle cannot have writing or labels. All other liquids or food are not permitted unless you've been approved for accommodations.

**51. Will I be able to use my own laptop?**
Remote examinees should utilize their personal laptop or computer. They must use the same device they successfully used for the mock exam. If a different device is used, there is a risk of technical incompatibility, which may result in disqualification from the exam. No refunds will be issued in such cases. Work- or school-issued laptops should not be used, as these devices often have firewalls and restricted permissions that can interfere with the exam software.

**52. Do I need to take the mock exam?**
Examinees testing remotely are required to take the mock exam. Failure to do so will result in withdrawal from the February bar exam, and refunds will not be issued. The mock exam will assess whether your laptop or computer meets the system requirements and is compatible with the Meazure Learning exam platform. Applicants who take the mock exam and discover

February 2025 Bar Exam FAQs

that their computer system is not compatible with the Meazure Learning platform should seek an alternative laptop or computer and will have the opportunity to retest that system as long as availability remains within the testing window.

There is a two-step process for completing the required mock exam:
- Step One: On January 13, 2025, applicants will receive an email from Meazure Learning inviting them to schedule their mock exam. Applicants must schedule their mock exam between January 13 and 20, 2025.
- Step Two: Complete the mock exam session between January 17 and 23, 2025.

**53. What if I get disconnected during the remote exam?**
If you get disconnected during your exam, you will have up to 60-minutes to resolve it. It's important to notify the live proctor and contact Meazure Learning immediately for assistance; State Bar cannot assist with connectivity issues. No refunds will be issued if you experience connectivity issues, even if you're unable to finish the exam.

**ALL OTHER INQUIRIES**
For questions about the California Bar Exam, contact the State Bar's Office of Admissions by sending an email directly from your Applicant Portal or calling one of the below numbers. The State Bar is not able to assist with technical issues. Please contact Meazure Learning's support team to assist with technical issues.
- Los Angeles: 213-765-1000
- San Francisco: 415-538-2000

For technical issues or questions regarding exam scheduling for Meazure Learning remote testing, please contact ProctorU's Support Team. Note that ProctorU and Yardstick have been rebranded under the unified name of Meazure Learning. While ProctorU's platform and services have retained their original brand, Yardstick's exam software is called the Meazure Exam Platform.

**UPDATES**
1/31/2025
- FAQ #1-3,5 ,6, 8, 12-18, 21, 23-31, 33, 35, 37-40, 42, 43, 46-48, 51 and 52 were revised.
1/24/2025
- FAQ #1, 3, 5, 8, 12, 14-21, 24, 26, 27-33, 35, 36, 48, 49, 51-53, and "All Other Inquiries" were revised.
- FAQ #25, 29, 40-42, 53 were added.
1/17/2025
- FAQ #1-6, 8, 19-27, 32, 35, 38, 41-43, 47, and "All Other Inquiries" were revised.
- FAQ #13, 28, 29, 33, 36, and 37 were added.

1/9/2025
- FAQ #31 was revised.
- "Southern California Wildfires" was added.
1/8/2025
- FAQ #21, 25, 31, and 41 were revised.

1/7/2025
- FAQ #4, 8, 13, 20, 23, 37, and 40 were revised.

February 2025 Bar Exam FAQs

- FAQ #25, 26, 31, and 41 were added.
- "All Other Inquiries" was added.

12/16/2024

- FAQ #3, 7-9, 14, 19, and 22 were revised.
- FAQ # 12, 23, 24, 27, 28, and 33–37 were added.

11/15/2024

- FAQ #5 was revised.
- FAQ #21 was added.

11/13/2024

- FAQ # 8, 9, 12, 14, 19, and 20 were revised.
- FAQ #27 was added.

10/30/2024

- FAQ #20 was revised.

10/25/2024

- FAQ # 2, 4, 5, 6, and 8 were revised.
- FAQ # 14–25 were added.
- FAQs were renumbered to be in sequential order.

9/30/2024

- FAQs created and posted online.

Updated: February 3, 2025