**TYCKO & ZAVAREEI LLP**
Annick M. Persinger (CA Bar No. 272996)
1970 Broadway – Suite 1070
Oakland, CA 94612
P: 510-254-6808
F: 202-973-0950
apersinger@tzlegal.com

**TYCKO & ZAVAREEI LLP**
Katherine M. Aizpuru (*pro hac vice* to be filed)
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
kaizpuru@tzlegal.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PERJANIK, SAMUEL MCCLAIN, and VICTORIA TULSIDAS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING,<br><br>Defendant. | **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Local Rule 3-15, Plaintiffs submit this Certification of Conflicts and Interested Entities or Persons. Undersigned counsel certifies that Plaintiffs are individuals and there are no known interested parties other than those identified in the caption of the case.

Dated: February 27, 2025                    Respectfully submitted,

                                            */s/ Annick M. Persinger*

                                            **TYCKO & ZAVAREEI LLP**
                                            Annick M. Persinger (CA Bar No. 272996)
                                            1970 Broadway – Suite 1070
                                            Oakland, CA 94612
                                            P: 510-254-6808
                                            F: 202-973-0950
                                            apersinger@tzlegal.com

                                            **TYCKO & ZAVAREEI LLP**
                                            Katherine M. Aizpuru*
                                            2000 Pennsylvania Avenue, NW, Suite 1010
                                            Washington, District of Columbia 20006
                                            Telephone: (202) 973-0900
                                            kaizpuru@tzlegal.com

                                            *pro hac vice to be filed*

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS