United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PERJANIK, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>PROCTORU, INC.,<br><br>             Defendant. | Case No. 25-cv-02095-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE AND ZOOM HEARING**<br><br>Re: Dkt. No. 10 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for June 10, 2025 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due by June 3, 2025.  This proceeding will be held via a Zoom webinar.

Dated: March 6, 2025

>Mark B. Busby
>Clerk of Court, United States District Court
>
>By: _____
>Dianna Shoblo, Deputy Clerk to the
>Honorable JON S. TIGAR