**TYCKO & ZAVAREEI LLP**
Annick M. Persinger (CA Bar No. 272996)
*apersinger@tzlegal.com*
Lavanya Prabhakar (CA Bar No. 358175)
*lprabhakar@tzlegal.com*
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PERJANIK, SAMUEL MCCLAIN, and VICTORIA TULSIDAS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING,<br><br>Defendant. | Case No. 4:25-cv-2095-JST<br><br>**DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Jon S. Tigar<br>Courtroom: 6<br><br>Complaint Filed: February 27, 2025 |

I, Annick M. Persinger, declare as follows:

1. I am a partner at the law firm of Tycko & Zavareei LLP and a member of the California bar and the bar of this Court. I am counsel to Plaintiffs in the above-captioned case. I make this declaration based on personal knowledge and the records of my law firm, and could and would testify competently to the facts herein if called upon to do so.

2. I was unable to obtain a stipulation as to whether *A.M. v. ProctorU, Inc.*, No. 4:25-cv-2197-DMR (N.D. Cal.) ("*A.M.*") is related to this case because counsel for ProctorU, Inc. has not entered an appearance in either matter. However, I have conferred with counsel for A.M., Joseph G. Sauder, and he agrees the cases are related.

3. We will serve the Administrative Motion and supporting papers upon ProctorU by first class mail in accordance with Rule 5 and will provide these materials to counsel for ProctorU promptly upon their appearance in this action.

I declare under penalty of perjury under the laws of the United States and the State of California that the above statements are true and correct. Executed this 18th day of March, 2025, at Walnut Creek, California.

*/s/ Annick M. Persinger*
Annick M. Persinger

DECLARATION OF ANNICK M. PERSINGER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:25-CV-2095