1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PERJANIK, SAMUEL MCCLAIN, and VICTORIA TULSIDAS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING,<br><br>Defendant. | Case No. 4:25-cv-2095-JST<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Jon S. Tigar<br>Courtroom: 6<br><br>Complaint Filed: February 27, 2025 |

1  The Court having considered the Administrative Motion to Consider Whether Cases Should be
2  Related, it is hereby ORDERED that the Motion is GRANTED. The Clerk is respectfully directed to
3  transfer the case captioned *A.M. v. ProctorU, Inc.*, No. 4:25-cv-2197-DMR (N.D. Cal.) to this Court and
4  to designate it as a related action under Local Rule 3-12.

6  DATE: _____      _____
7                                                            Hon. Jon S. Tigar
                                                          UNITED STATES DISTRICT JUDGE