**TYCKO & ZAVAREEI LLP**
Annick M. Persinger (CA Bar No. 272996)
*apersinger@tzlegal.com*
Lavanya Prabhakar (CA Bar No. 358175)
*lprabhakar@tzlegal.com*
1970 Broadway – Suite 1070
Oakland, CA 94612
P: 510-254-6808
F: 202-973-0950

[Additional counsel in signature block]

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA PERJANIK, SAMUEL MCCLAIN, and VICTORIA TULSIDAS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING,<br><br>Defendant. | Case No. 4:25-cv-2095-JST<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>Judge: Jon S. Tigar<br>Courtroom: 6<br><br>Complaint Filed: February 27, 2025 |

Pursuant to Local Rule 3-13 of the U.S. District Court for the Northern District of California, Plaintiffs Laura Perjanik, Samuel McClain, and Victoria Tulsidas hereby notify the Court of the existence of a related action pending in the U.S. District Court for the Central District of California.

Local Rule 3-13 requires that when a party "learns that an action filed or removed to this district involves all or a material part of the same subject matter and all or substantially all of the same parties as another action which is pending in any other federal or state court, the party must promptly file with the Court in the action pending for this Court and serve all opposing parties in the action pending before this Court with a Notice of Pendency of Other Action or Proceeding." L.R. 3-13(a).

Plaintiffs filed this action on February 27, 2025. On March 3, 2025, plaintiff Trisha A.M. filed her action, which is the subject of the concurrently filed Administrative Motion to Consider Whether Cases Should Be Related. *See A.M. v. ProctorU, Inc.*, No. 4:25-cv-2197-DMR (N.D. Cal.) ("*A.M.*"). On March 17, 2025, Plaintiff Katrina McDowell filed her action in the U.S. District Court for the Central District of California. *McDowell v. ProctorU, Inc.*, No. 5:25-cv-0705 (C.D. Cal.) ("*McDowell*"). A copy of the *McDowell* complaint is attached hereto as **EXHIBIT A.**

**Description of the Actions (L.R. 3-13(b)(1)):** All three cases arise from the disastrous administration of the February 2025 California Bar Examination ("Exam"). The State Bar of California contracted with Defendant ProctorU, Inc. d/b/a Meazure Learning ("Meazure") to provide remote proctoring software and testing platform that test-takers were required to use to take the Exam on a computer. But Meazure's testing platform was not up to the task, and on February 25 and 26, while administering the Exam, Meazure's platform crashed repeatedly. Plaintiffs and Class Members faced server crashes, instructions to uninstall and reinstall software, inability to open and run required programs, malfunctioning functionalities, and lack of access to exam questions, among other problems. Plaintiffs and the proposed Class Members were unable to access promised features that would have made the test go more smoothly, including copy/paste functionality, highlighter, notepad, spell check, strikethrough, annotation features, a tagging system, and searching.

**Procedural posture of the other action (L.R. 3-13(b)(3)(A)):** The *McDowell* action was filed on March 17, 2025. No other activity is recorded on the docket at this time.

**The relationship of the other action to this action (L.R. 3-13(b)(3)(B)):** The *Perjanik* and *McDowell* actions (as well as the *A.M.* action) concern the same parties, transaction, and events. All three actions arise from Meazure's administration of the February 2025 California Bar Examination on July 25-26, 2025. Plaintiffs in all three actions suffered similar injuries arising from the same failed testing software. Each case names Meazure as the defendant. The proposed classes in all three cases are identical; each proposed class action is brought on behalf of test-takers who were injured when Meazure's testing platform malfunctioned during the Exam. And, the cases raise overlapping legal claims including (1) unjust enrichment, (2) violation of the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, and (3) violation of the Consumer Legal Remedies Act, Cal. Civ. Code § 1750.

**Whether transfer or other coordination should be effected (L.R. 3-13(b)(3)(C)):** While transfer pursuant to 28 U.S.C. § 1407 (and involving the Judicial Panel on Multidistrict Litigation) may impose unnecessary burden given that only three related cases are currently pending, Plaintiffs recommend transfer of the *McDowell* action to this Court pursuant to 28 U.S.C. § 1404(a). The *McDowell* action "might have been brought" in this District because, as *McDowell* notes in her complaint, "Defendant administered and proctored the February 2025 California Bar Exam throughout the State of California." *See* 28 U.S.C. § 1404(a). Given the significant factual and legal overlap of the three cases, there is no good reason why the last-filed case should proceed separately in a different district before a different Judge. Transfer to this Court and consolidation of the three actions before this Court would preserve efficiency and conserve the resources of the parties and the judicial system. At a minimum, the actions should be coordinated to avoid conflicts and promote efficient determination of the action.

Dated: March 18, 2025

Respectfully submitted,

*/s/ Annick M. Persinger*
Annick M. Persinger

**TYCKO & ZAVAREEI LLP**
Annick M. Persinger (CA Bar No. 272996)
apersinger@tzlegal.com

Lavanya Prabhakar (CA Bar No. 358175)
*lprabhakar@tzlegal.com*
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950

**TYCKO & ZAVAREEI LLP**
Katherine M. Aizpuru*
*kaizpuru@tzlegal.com*
2000 Pennsylvania Avenue NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Fax: (202) 973-0950

*pro hac vice to be filed*

*Attorneys for Plaintiffs and the Proposed Class*