**TYCKO & ZAVAREEI LLP**
Annick M. Persinger (CA Bar No. 272996)
*apersinger@tzlegal.com*
Lavanya Prabhakar (CA Bar No. 358175)
*lprabhakar@tzlegal.com*
1970 Broadway – Suite 1070
Oakland, CA 94612
P: 510-254-6808
F: 202-973-0950

[Additional counsel in signature block]

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA PERJANIK, SAMUEL MCCLAIN, and VICTORIA TULSIDAS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING,<br><br>Defendant. | Case No. 4:25-cv-2095-JST<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Jon S. Tigar<br>Courtroom: 6<br><br>Complaint Filed: February 27, 2025 |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2025 the following documents were served upon all counsel who have entered their appearance through the Court's ECF system, as well as upon Defendant ProctorU, Inc. d/b/a Meazure Learning by mail to its last known address under Rule 5(a)(2)(C):

- Administrative Motion to Consider Whether Cases Are Related
- Declaration of Annick M. Persinger in Support of Administrative Motion to Consider Whether Cases Are Related
- Proposed Order Granting Administrative Motion to Consider Whether Cases Are Related
- Notice of Pendency of Other Action or Proceeding

I caused the documents to be served by first class mail to:

**ProctorU, Inc. d/b/a Meazure Learning**

**7901 Jones Branch Drive, Suite 330**

**McLean, VA 22102**

Dated: March 18, 2025                    Respectfully submitted,

*/s/ Annick M. Persinger*
Annick M. Persinger