### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Laura Perjanik, et al.
                    *Plaintiff(s)*

                                        *VS.*                Case No: 4:25-cv-02095-KAW

ProctorU, Inc. d/b/a Meazure Learning
                    *Defendant(s)*

### AFFIDAVIT OF SERVICE

I, Brian Hills, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, ECF Registration Information, Civil Cover Sheet, Standing Order for Civil Cases Before District Judge Araceli Martinez-Olguin, Notice of a Lawsuit and Request to Waive Service of a Summons, Waiver of the Service of a Summons, Declaration of Annick M. Persinger Pursuant to Cal. Civ. Code 1780(d), and Class Action Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/14/2025 at 12:14 PM, I served ProctorU, Inc. d/b/a Meazure Learning c/o CSC - Lawyers Incorporating Service, Registered Agent  at 2710 Gateway Oaks Drive Suite 150N, Sacramento, CA 95833 with the Summons, ECF Registration Information, Civil Cover Sheet, Standing Order for Civil Cases Before District Judge Araceli Martinez-Olguin, Notice of a Lawsuit and Request to Waive Service of a Summons, Waiver of the Service of a Summons, Declaration of Annick M. Persinger Pursuant to Cal. Civ. Code 1780(d), and Class Action Complaint with Exhibits by serving Alex Jenkins, Intake Specialist, authorized to accept service on behalf of CSC - Lawyers Incorporating Service.

Alex Jenkins, Intake Specialist is described herein as:

Gender:   Female   Ethnicity:   African American        Age:   30   Weight:   130        Height:   5'6"        Hair:   Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/18/2025

_____

                                                                        Brian Hills

                                                        Client Ref Number:
                                                        Job #:12879929