## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Laura Perjanik, et al.
                    *Plaintiff(s)*

                                        **vs.**                    Case No: 4:25-cv-02095-KAW

ProctorU, Inc. d/b/a Meazure Learning
                    *Defendant*

### AFFIDAVIT OF SERVICE

I, Abel Emiru, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, ECF Registration Information, Civil Cover Sheet, Standing Order for Civil Cases Before District Judge Araceli Martinez-Olguin, Notice of a Lawsuit and Request to Waive Service of a Summons, Waiver of the Service of a Summons, Declaration of Annick M. Persinger Pursuant to Cal. Civ. Code 1780(d), and Class Action Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 3/17/2025 at 1:42 PM, I served ProctorU, Inc. d/b/a Meazure Learning at 7901 Jones Branch Drive, Suite 330, McLean, Virginia 22102 with the Summons, ECF Registration Information, Civil Cover Sheet, Standing Order for Civil Cases Before District Judge Araceli Martinez-Olguin, Notice of a Lawsuit and Request to Waive Service of a Summons, Waiver of the Service of a Summons, Declaration of Annick M. Persinger Pursuant to Cal. Civ. Code 1780(d), and Class Action Complaint with Exhibits by serving Don Neff, Chief Financial Officer, authorized to accept service.

Don Neff is described herein as:

Gender:   Male        Ethnicity:   Caucasian        Age:   55        Weight:   185        Height:   5'9"        Hair:   Bald

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/17/2025

_____

                                        *Abel Emiru*

                                        Client Ref Number:
                                        Job #:12876449