# EXHIBIT B

# SAUDER | SCHELKOPF
## Attorneys at Law

Telephone: 888.711.9975
Facsimile: 610.421.1326
1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
www.sauderschelkopf.com

# About Us

## Attorneys

- Joseph G. Sauder
- Matthew D. Schelkopf
- Joseph B. Kenney
- Juliette T. Kaestner

## Practice Areas

- Automobile Defects Class Actions
- Consumer Fraud Class Actions
- Sexual Misconduct and Gender Discrimination
- Employee Rights Class Actions

# Case Highlights

# About Us

Sauder Schelkopf has a nationally recognized litigation practice. The firm currently serves as court-appointed lead counsel in courts across the country. The attorneys at Sauder Schelkopf have recovered over $1 billion on behalf of their clients and class members. Our firm was recognized in 2024 as the *Products Liability Practice Group of the Year* and winner of the *Diversity Initiative Award* by [The National Law Journal's Elite Trial Lawyers.](#) Sauder Schelkopf was selected for these top honors from among some of the country's [largest and most successful plaintiffs' law firms](#). In 2022, [The Legal Intelligencer's Professional Excellence Awards](#) honored Pennsylvania law firms and attorneys who have made a significant, positive impact on the legal profession. Our firm was named in the Litigation Departments of the Year (Specialty Area Category), an award that honors the best litigation practice in a small or mid-sized firm in Pennsylvania. This recognition was based on the firm's 2021 litigation work and its important ongoing cases. *LawDragon* has recognized our attorneys in its list of [the "500 Leading Plaintiff Consumer Lawyers"](#) for 2022. This list notes: "From the opioid epidemic to toxic substances and defective products, truck accidents to wildfires and sexual abuse, these are the lawyers who stand on the front line in individual lawsuits and class actions seeking justice." Mr. Schelkopf was named to Pennsylvania's *Best Lawyers®* 2023 for Class Actions/Mass Tort Litigation. *The American Lawyer* named Mr. Sauder to its [2021 Northeast Trailblazers.](#) The honor recognizes 60 lawyers who are "truly agents of change." It "recognizes professionals in the Northeast who have moved the needle in the legal industry." *The Legal Intelligencer* named Mr. Sauder and Mr. Schelkopf in its [2020 Pennsylvania Trailblazers](#) list recognizing 31 lawyers who "have taken extra measures to contribute to positive outcomes . . . and who are truly agents of change." *The Legal* highlighted the firm's innovative work on advocacy as class counsel in large institutional sex abuse cover-ups, women's, and children's rights. Our attorneys have also consistently been recognized by their peers being named to [Pennsylvania SuperLawyer](#), a distinction held by the top 5% of attorneys in Pennsylvania. Sauder Schelkopf was recognized as the *Products Liability Practice Group of the Year* and winner of the *Diversity Initiative Award* by [The National Law Journal's Elite Trial Lawyers.](#) Sauder Schelkopf was selected for these top honors from among some of the country's [largest and most successful plaintiffs' law firms](#).

# Joseph G. Sauder, Partner



Joseph G. Sauder handles complex cases on behalf of individuals, victims of sexual misconduct, consumers, small businesses, and employees. Mr. Sauder currently serves as court-appointed lead counsel in state and federal courts across the country. He has successfully litigated cases against some of the largest companies in the world. Mr. Sauder started his legal career as a prosecutor in the Philadelphia District Attorney's Office where, from 1998 to 2003, he successfully tried hundreds of criminal cases to verdict, including sexual abuse cases.

*The National Law Journal* named Mr. Sauder to the 2023 Plaintiffs' Lawyers Trailblazers. The honor recognizes plaintiffs' lawyers who "prove to be born leaders, and true agents of change." The *National Law Journal* noted that all this year's honorees, "continue to make their mark in various aspects of legal work on the plaintiffs' side." He is one of only 51 plaintiff attorneys nationwide and the only Pennsylvania attorney selected to the elite list. *LawDragon* recognized Mr. Sauder in its list of the "500 Leading Plaintiff Consumer Lawyers" for 2022. The *Lawdragon* consumer law guide offers the publication's take on the best of the U.S. plaintiff bar specializing in representing consumers. The publication notes "these are the lawyers who stand on the front line in individual lawsuits and class actions seeking justice. They relish their role of underdog, taking on the toughest cases . . . ." *The American Lawyer* named Joe Sauder to its 2021 Northeast Trailblazers. The honor recognizes 60 lawyers who are "truly agents of change." It "recognizes professionals in the Northeast who have moved the needle in the legal industry." The Northeast includes Maine, New York, New Jersey, Vermont, Massachusetts, Rhode Island, Connecticut, New Hampshire, and Pennsylvania. *The Legal Intelligencer* named Mr. Sauder in its 2020 Pennsylvania Trailblazers list recognizing 31 lawyers who "have taken extra measures to contribute to positive outcomes . . . and who are truly agents of change." *The Legal* highlights Joe's innovative work on advocacy as class counsel in large institutional sex abuse cover-ups, women's, and children's rights. Mr. Sauder has been repeatedly recognized by his peers.

Since 2012, Mr. Sauder has been selected by the National Trial Lawyers Association as one of the Top 100 Trial Lawyers in Pennsylvania. Since 2011, Mr. Sauder has been selected as a Pennsylvania SuperLawyer, a distinction held by the top 5% of attorneys in Pennsylvania, as chosen by their peers and through the independent

research of Law & Politics. In 2020, Mr. Sauder was selected to America's Top 100 High Stakes Litigators® in Pennsylvania, comprised of the nation's most exceptional trial lawyers for high-stakes legal matters. The American Lawyer Media, publisher of The Legal Intelligencer and the Pennsylvania Law Weekly, named Mr. Sauder as one of the "Lawyers on the Fast Track" a distinction that recognized thirty-five Pennsylvania attorneys under the age of 40 who show outstanding promise in the legal profession and make a significant commitment to their community.

Mr. Sauder received his Bachelor of Science, *magna cum laude* in Finance from Temple University in 1995. He graduated from Temple University School of Law in 1998, where he was a member of the *Temple Law Review*. His publications include: [How a Criminal Defendant's Death Pending Direct Appeal Affects the Victim's Right to Restitution Under the Abatement Ab Initio Doctrine](), *71 TEMP. L. REV. 347* (1998); [Enacting and Enforcing Felony Animal Cruelty Laws to Prevent Violence Against Humans]() *Animal Law 6* (2000)

Mr. Sauder is admitted to practice before the Supreme Courts of Pennsylvania and New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Courts for the Eastern District of Pennsylvania, the Middle District of Pennsylvania, the District of New Jersey, the Eastern District of Michigan, Northern District of Illinois and the District of Colorado.

Mr. Sauder's public service activities have included teaching trial advocacy to a local Philadelphia high school team that competed in the State Mock Trial Competition. He is vice president of the Philadelphia District Attorneys' Alumni Association and served on the Executive Committee of the Temple Law Alumni Association. His pro bono activities have included serving as a volunteer attorney with the Support Center for Child Advocates. This nonprofit organization provides legal and social services to abused and neglected children. He represented a survivor of clergy sex abuse in a diocese-established compensation fund and assisted local businesses impacted by COVID-19. Mr. Sauder and his wife fund a scholarship endowment at a local community college for first-generation college students.

Mr. Sauder enjoys spending time with his wife and three children. He continues to play ice hockey, a sport that he started when he was 4 years old and has taken him around the world. He has also coached several teams over the years.

## Matthew D. Schelkopf, Partner

Matthew D. Schelkopf has extensive litigation experience throughout the United States and has successfully handled large complex class actions on behalf of millions of consumers against major auto manufacturers such as Honda, Toyota, Volvo, Hyundai, Kia, BMW, GM, Subaru, Ford, Volkswagen, Audi, Mazda, Chrysler and Nissan. He is a devoted litigator with an emphasis on catastrophic personal injury matters and complex class actions involving automotive defects, consumer protection, defective products and false advertising. Mr. Schelkopf currently serves as lead or co-lead counsel in numerous class actions related to product and automotive defect cases pending throughout the United States.



Mr. Schelkopf was selected to serve for two terms as President of the Class Action Trial Lawyers Association Top 25 (2022-2023 and 2023-2024 terms), an invitation-only elite group limited to the Top 25 lawyers in each state. He has also been honored as a Best Lawyer® in America (Mass Tort/Class Action) in 2022, 2023 and 2024. In 2022 and 2024, LawDragon recognized Mr. Schelkopf in its list of the "500 Leading Plaintiff Consumer Lawyers". The LawDragon consumer law guide offers the publication's take on the best of the U.S. plaintiff bar specializing in representing consumers. The publication notes "these are the lawyers who stand on the front line in individual lawsuits and class actions seeking justice. They relish their role of underdog, taking on the toughest cases . . . ." In 2021, 2022 and 2023, he was selected as a Top 25 Products Liability Trial Lawyer, an invitation-only professional organization composed of and limited to the Top 25 attorneys from each state or region who serve individuals and families who need attorneys to represent them in the American legal system regarding Product Liability claims.

*The Legal Intelligencer* named Mr. Schelkopf in its 2020 Pennsylvania Trailblazers list recognizing 31 lawyers who "have taken extra measures to contribute to positive outcomes . . . and who are truly agents of change." *The Legal* highlights Mr. Schelkopf's work on behalf of clients who have been victimized by corporations. In 2020 and 2022, Mr. Schelkopf was selected to America's Top 100 High Stakes Litigators® in Pennsylvania, comprised of the nation's most exceptional trial lawyers for high stakes legal matters. Since 2019, Mr. Schelkopf has been selected by the National Trial Lawyers Association as one of the Top 100 Trial Lawyers in

Pennsylvania. Since 2010, Mr. Schelkopf has been selected by Pennsylvania Super Lawyers as a Rising Star (a distinction held by the top 2.5% of attorneys in Pennsylvania) and then a Pennsylvania Super Lawyer, as chosen by legal peers and through the independent research of Law & Politics. In 2012, The American Lawyer Media, publisher of The Legal Intelligencer and the Pennsylvania Law Weekly, named Mr. Schelkopf as one of the "Lawyers on the Fast Track" a distinction that recognized thirty-five Pennsylvania attorneys under the age of 40 who show outstanding promise in the legal profession and make a significant commitment to their community. Mr. Schelkopf was also selected as a Top 40 under 40 by the National Trial Lawyers in 2012-2015

Mr. Schelkopf began his legal profession as a criminal prosecutor with the District Attorney's Office of York County, trying numerous felony and misdemeanor jury trials. He quickly progressed to Senior Deputy Prosecutor where he headed a trial team responsible for approximately 300 felony and misdemeanor cases each quarterly trial term.

In 2004, Mr. Schelkopf then associated with a Philadelphia area law firm, litigating individual civil matters throughout Pennsylvania and New Jersey. In 2006, he was co-counsel in a Philadelphia County trial resulting in a $30,000,000.00 jury verdict in favor of his clients – the largest state verdict recorded for that year.
In 2017, Mr. Schelkopf utilized his background and knowledge of automobiles to assist local police in identifying and locating the vehicle used in a pedestrian hit and run incident which left the victim with severe life-threatening injuries. The driver was subsequently apprehended by police and admitted to being under the influence of alcohol at the time of the incident.

Outside of the office, Mr. Schelkopf enjoys spending time with his son, assists in leading Scouting and keeps active with mountain and road biking, skiing, and restoring (and racing) classic automobiles. Three of his auto restorations have been featured in nationally circulated automotive publications.

## Joseph B. Kenney, Partner

Joseph B. Kenney has experience representing consumers in class actions involving defective products, automotive defects, false and misleading advertising, student loan forgiveness, and other consumer protection litigation. Joe also represents victims of sexual misconduct in federal courts throughout the country.



In 2023, the Elite Trial Lawyers named Mr. Kenney as a Rising Star of the Plaintiffs Bar. In 2024, *The Legal Intelligencer* named Mr. Kenney as a Lawyer on the Fast Track. Since 2017, Joe has been selected by Pennsylvania Super Lawyers as a Rising Star, an honor reserved for 2.5% of lawyers in Pennsylvania, as chosen by his peers based on his professional achievements. Joe is also the co-chair of the firm's Law & College Fellowship Program, where he mentors undergraduate students, law students, and new attorneys. Joe has argued numerous dispositive motions in federal courts across the country, deposed engineers and other highly specialized witnesses, and achieved settlements valued in the tens of millions of dollars on behalf of consumers.

Joe received his J.D., *cum laude*, from Villanova University's School of Law in 2013. While at Villanova, he was elected as a Managing Editor of Student Works for the Jeffrey S. Moorad Journal of Sports Law for his third year of law school. As a staff writer, his comment, *Showing On-Field Racism the Red Card: How the Use of Tort Law and Vicarious Liability Can Save the MLS from Joining the English Premier League on Racism Row*, was selected for publication in the Spring 2012 Volume of the Journal. Prior to law school, he attended Ursinus College where he majored in politics and minored in international studies. Mr. Kenney was also a member of the men's varsity soccer team at Ursinus.

Joe is admitted to practice before the Supreme Courts of Pennsylvania and New Jersey and the United States District Courts for the Eastern District of Pennsylvania, the District of New Jersey, the District of Colorado, and the Eastern District of Michigan.

Outside of the office, Joe enjoys spending time with his wife and dog, watching soccer, and reading. Joe also ran the Chicago Marathon in 2017.

## Juliette T. Kaestner, Associate



Juliette Kaestner graduated from Villanova University Charles Widger School of Law. At Villanova Law, Mrs. Kaestner was a member of the National Trial Team as well as the Mock Trial Coordinator for Phi Alpha Delta – King Chapter's mock trial program. Additionally, she was a Research Assistant for Professor Teri Ravenell. She has made contributions to two law review articles on qualified immunity: Unincorporating Qualified Immunity and Qualified Immunity and Unqualified Assumptions. In May 2022, Mrs. Kaestner won Villanova Law Library's Excellence in Student Research Prize.

Before attending Villanova Law, Mrs. Kaestner worked as a Victim Advocate at Pueblo Rape Crisis Services. Mrs. Kaestner worked with survivors of sexual violence and abuse, providing them with support, information, resources, referrals, and advocacy. She provided 24/7 confidential hospital accompaniment and crisis response. She coordinated with hospital staff, law enforcement, and victim service providers to ensure survivors' safety and health.

Additionally, Mrs. Kaestner counseled survivors with understanding and asserting their legal rights and ensured that their voices were heard and represented throughout the legal process.

Prior to joining Sauder Schelkopf, Mrs. Kaestner worked at New Jersey Office of the Attorney General Division of Law, the Institute to Address Commercial Sexual Exploitation, and the United States Attorney's Office for the Eastern District of Pennsylvania. Mrs. Kaestner's public service activities have included coaching adolescent girls at a young women's conference which focused on college readiness and skill-building. She planned a women's self-defense class on movement and empowerment to raise funds for a local domestic violence shelter. For five years, Mrs. Kaestner served as a chapter leader in her local women's empowerment group. In 2018, Mrs. Kaestner received a Community Influencer Award from The Knot Worldwide.

Mrs. Kaestner earned a bachelor's degree in Sociology in 2016 and a master's degree in Leadership in 2018. In her free time, Juliette enjoys cooking, traveling, reading fiction novels, and playing board games.

## Practice Area: Automotive Defect Class Actions

Automobiles are a major expense and consumers expect them to provide safe and reliable transportation for themselves and their family and friends. Some vehicles, however, may contain manufacturing or design defects that can pose a danger to our families and others on the road. Even if these defects do not create a potential safety issue, they might result in costly repairs to consumers. The firm has successfully litigated and resolved the following automotive defect class actions:

- *Afzal v. BMW of North America, LLC,* **(D.N.J.)** (class action on behalf of purchasers and lessees of BMW M3 vehicles with S65 engines containing an alleged rotating assembly defect resulting in engine failure);
- *Bang v. BMW of North America, LLC,* **(D.N.J.)** (class action settlement on behalf of hundreds of thousands of purchasers and lessees of certain BMW vehicles with N63 engines containing alleged oil consumption defect);
- *Brown v. Hyundai Motor Am.,* **(D.N.J.)** (class action settlement related to defect that caused premature engine failure in approximately 1 million Hyundai vehicles);
- *Dack v. Volkswagen Group of America, Inc.,* **(W.D. Mo.)** (class action settlement related to defect in 1.3 million Volkswagen and Audi vehicles that caused automatic emergency braking systems to function improperly);
- *Davitt v. Honda North America, Inc.,* **(D.N.J.)** (class action settlement on behalf of hundreds of thousands of purchasers and lessees of Honda CR-V vehicles with alleged defective door lock actuators);
- *Fath v. American Honda Motor Co.,* **(D. Minn)** (class action settlement related to defect that caused vehicles to experience fuel dilution and eventually engine failure);
- *Fiscina v. Volkswagen Group of America, Inc.* **(D.N.J.)** (class action settlement related to alleged premature water pump wear in approximately 400,000 Audi vehicles);

- *Henderson v. Volvo Cars of North America LLC*, (D.N.J.) (class action nationwide settlement on behalf of 90,000 purchasers and lessees of Volvo vehicles with defective GM4T65 automatic transmissions);
- *In re: Hyundai and Kia Engine Litig.*, (C.D. Cal.) (class action settlement valued at $892 million related to defect that caused catastrophic engine failure in approximately 4 million Hyundai and Kia vehicles);
- *In re: Hyundai and Kia Engine Litig. II,* (C.D. Cal.) (class action settlement valued at $934 million related to defect that caused catastrophic engine failure in approximately 2.1 million Hyundai and Kia vehicles);
- *In re: Subaru Battery Drain Litig.,* (D.N.J.) (class action settlement on behalf of approximately 2.8 million owners and lessees of Subaru vehicles with an alleged electrical system defect that resulted in parasitic battery drain);
- *Mendoza v. Hyundai Motor America, Inc.,* (N.D. Cal.) (class action on behalf of hundreds of thousands of purchasers and lessees of certain Hyundai Sonata vehicles with alleged connecting rod bearing defect resulting in engine failure);
- *Neale v. Volvo Cars of North America LLC,* (D.N.J.) (certified class action on behalf of hundreds of thousands of purchasers and lessees of certain Volvo vehicles with alleged defective sunroof water drainage systems);
- *Tolmasoff v. General Motors,* (E.D. MI.) ($6 million nationwide class action settlement on behalf of purchasers and lessees alleging overstated MPG);
- *Wallis v. Kia Motors America, Inc.,* (N.D. Cal.) (class action on behalf of hundreds of thousands of purchasers and lessees of certain Kia vehicles with alleged connecting rod bearing defect resulting in engine failure);
- *Whalen v. Ford Motor Co.,* (N.D. Cal.) (class action on behalf of hundreds of thousands of purchasers and lessees of certain Ford and Lincoln vehicles with alleged defective MyFord Touch infotainment systems);
- *Yaeger v. Subaru of America, Inc.,* (D.N.J.) (class action on behalf of hundreds of thousands of purchasers and lessees of certain Subaru vehicles with alleged oil consumption defect);
- *Zhao v. Volkswagen Group of America, Inc.* (D.N.J.) (class action settlement on behalf of approximately 2.3 million Volkswagen and Audi vehicles regarding premature failure of engine water pumps).

## Practice Area: Consumer Fraud Class Actions

The attorneys at Sauder Schelkopf have prosecuted and resolved numerous consumer fraud class actions on behalf of millions of consumers against nationally known corporations for deceptive and unfair business practices. Sauder Schelkopf's experience includes the following types of consumer fraud class action cases:

<u>Construction Defects</u> – When consumers purchase a home, they expect the plumbing and other basic functions of the home to work without fail. Certain companies, however, are known to cut corners when designing and manufacturing their products. When an essential component of the home fails, it can lead to costly repair bills, damage to the surrounding property in the home, and high homeowner's deductibles. The firm has successfully litigated and resolved the following construct defect class actions:

- *Ajose v. Interline Brands, Inc.,* **(M.D. Tenn.)** ($16.5 million nationwide class action settlement on behalf of purchasers of defective toilet connectors);
- *Cole v. NIBCO, Inc.,* **(D.N.J.)** ($43.5 million class action settlement related to defect in PEX products that made them prone to leaking and causing substantial property damage);
- *Desio et al. v. Insinkerator et al.* **(E.D. WA)** ($3.8 million class action settlement on behalf of homeowners who purchased defective water filters);
- *Jackson v. Viking Group, Inc.,* **(D. Md.)** (class action settlement valued between $30.45 million and $50.75 million on behalf of owners of defective sprinklers that suffered from non-fire activations);
- *Klug v. Watts Regulatory Co.,* and *Ponzo v. Watts Regulatory Co.,* **(D. Neb.)** ($14 million settlement on behalf of homeowners with defective toilet connectors and water heater connectors manufactured by Watts).

<u>Defective Products and Consumer Protection</u> – The products and services that consumers use on a daily basis can be falsely advertised or contain defects that can pose dangers or require costly repairs to fix, and companies may rely on one-side terms of service to refuse to provide repairs or other remedies to consumers. The firm has successfully litigated and resolved numerous defective products and consumer protection cases, including:

- *Bromley v. SXSW LLC,* **(W.D. Tex.)** (class action settlement related to ticket purchases for 2020 festival cancelled by the COVID-19 pandemic);
- *In re Checking Account Overdraft Litig.,* **(S.D. Fla.)** (class action resulting in a $55 million settlement with US Bank; $14.5 million settlement with Comerica);
- *Hartley v. Sig Sauer, Inc.,* **(W.D. Mo.)** (class action settlement related to pistols that suffered from defect which made them susceptible to firing out-of-battery);
- *In re: Outer Banks Power Outage Litigation,* **(E.D.N.C.)** ($10.3 million settlement on behalf of businesses impacted by massive power outage and evacuation cause by a bridge builder);
- *Smith v. Gaiam,* **(D. Colo.)** ($10 million consumer class action settlement, which provided full relief to the class);
- *In re Stericycle Inc., Sterisafe Contract Litigation,* **(N.D. Ill.)** ($295 million class action settlement on behalf of medical waste disposal customers of Stericycle regarding alleged automated price increases in violation of contractual terms);
- *Traxler v. PPG Industries, Inc.,* **(N.D. Ohio)** ($6.5 million class action settlement on behalf of homeowners who purchased and used defective deck stain).

<u>Medical Device Defects</u> – Manufacturers of medical devices are held to high standards in the design, manufacturing, and marketing of their products. When a manufacturer learns of a defect in their medical device that could cause bodily harm to the end-user, the law imposes a strict duty on them to institute a recall immediately. Many times, however, manufacturers seek to place profits above the safety of their customers. The firm's attorneys successfully resolved *Physicians of Winter Haven v. Steris Corp.,* (N.D. Ohio), which resulted in a $20 million class action settlement on behalf of surgical centers to recoup out-of-pocket expenses related to recalled medical device.

<u>Student Loans</u> – When students pursue careers in public service, they rely upon their lenders and the Department of Education to comply with the terms of the Public Service Loan Forgiveness (PSLF) program. The firm currently represents the nation's public servants who are fighting for loan forgiveness after working in public service for 10 years.

## Practice Area: Sexual Misconduct and Gender Discrimination

Sauder Schelkopf has a nationally recognized sexual misconduct practice with significant experience fighting for victims. Our former prosecutors have extensive experience investigating and trying cases. Sauder Schelkopf represented victims of clergy sexual abuse in dioceses throughout the country. We have litigated numerous class action and individual lawsuits throughout the country on behalf of sexual abuse survivors. The firm has successfully litigated and resolved sexual misconduct and gender discrimination lawsuits, including:

- *In re: USC Student Health Center Litig.,* **(C.D. Cal.)** ($215 million class action settlement on behalf of female patients of Dr. George Tyndall, a gynecologist at the University of Southern California accused of sexually assaulting students since the 1990s);
- *Graham v. University of Michigan,* **(E.D. Mich.)** (class action settlement on behalf of students at the University of Michigan that resulted in the implementation of additional oversight procedures for the identification, prevention, and reporting of improper sexual conduct at the university).

## Practice Area: Employee Rights Class Actions

The attorneys at Sauder Schelkopf have protected workers' rights. Employees are given numerous protections under state and federal law. The attorneys at Sauder Schelkopf has held employers accountable to their obligations under the law when hiring, employing, and firing their workers.

If employees face discrimination based on their race, color, country of origin, religion, gender, sexual orientation, the employer is violating the law. In addition, many employees do not receive their due compensation as numerous employers engage in wage and hour violations. The firm has successfully litigated and resolved employee rights class actions, including

- *Guill, Jr. v. Alliance Resource Partners, L.P.,* **(S.D. Ill)** (WARN Act class action on behalf of 200 coal miners).
- *McCoy v. North State Aviation,* **(M.D.NC)** ($1.5 million settlement on behalf of hundreds of former employees for Worker Adjustment and Retraining Notification (WARN) violations when they were fired without notice).
- *Rangel v. Cardell Cabinetry, LLC,* **(W.D. Tex.)** ($800,000 settlement on behalf of hundreds of former employees of a Texas cabinetry maker for Worker Adjustment and Retraining Notification (WARN) violations when they were fired without notice).
- *International Brotherhood of Electrical Workers Local 98 Pension Fund v Encore,* **(San Diego, CA)** (shareholder derivative settlement implemented industry-leading reforms to its risk management and corporate governance practices, including creating Chief Risk Officer and Chief Compliance Officer positions, various compliance committees, and procedures for consumer complaint monitoring).