**Esbrook P.C.**
Christopher J. Esbrook (pro hac vice forthcoming)
Stephen R. Brown (pro hac vice forthcoming)
Laura Newcomer Cohen (pro hac vice forthcoming)
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
christopher.esbrook@esbrook.com
stephen.brown@esbrook.com
laura.cohen@esbrook.com

**Potomac Law Group, PLLC**
Emma Leheny (Cal. Bar. No. 196167)
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
Phone: (202) 670-1094
Fax:    (202) 318-7707
eleheny@potomaclaw.com

*Counsel for ProctorU, Inc. d/b/a Meazure Learning*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PERJANIK, SAMUEL MCCLAIN, and VICTORIA TULSIDAS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROCTORU, INC. d/b/a MEAZURE LEARNING,<br><br>Defendant. | Case No. 4:25-cv-02095-JST<br><br>**Stipulation to Extend Deadline for Defendant to Respond to Complaint** |

WHEREAS, on February 27, 2025, Plaintiffs filed their putative class action complaint (ECF 1) against ProctorU, Inc, Inc. d/b/a Meazure Learning ("Meazure Learning");

WHEREAS, on March 20, 2025, Plaintiffs filed their motion to consolidate cases and appoint interim lead counsel (ECF 16);

WHEREAS, counsel for Meazure Learning entered an appearance on April 1, 2025 and needs additional time to review the complaint to determine how to respond;

WHEREAS, a hearing is set on Plaintiffs' motion to consolidate cases and appoint interim lead counsel on May 29, 2025; and

WHEREAS, if this case is consolidated with the other case that is the subject of Plaintiffs' motion to consolidate cases and appoint interim lead counsel, *Trisha A.M. v. ProctorU, Inc. doing business as Meazure Learning*, No. 25-cv-02197-JST (N.D. Cal.), then Plaintiffs intend to file a consolidated amended class action complaint.

NOW, THEREFORE, the parties stipulate as follows:

1. The deadline for Meazure Learning to respond to the complaint will be extended to June 12, 2025.

1 | Dated: April 1, 2025

2 | /s/ Emma Leheny                         /s/ Annick M. Persinger

**TYCKO & ZAVAREEI LLP**

**Potomac Law Group, PLLC**
Emma Leheny (Cal. Bar. No. 196167)
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
Phone: (202) 670-1094
Fax:    (202) 318-7707
eleheny@potomaclaw.com

Annick M. Persinger (CA Bar No. 272996)
Lavanya Prabhakar (CA Bar No. 358175)
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950
apersinger@tzlegal.com
lprabhakar@tzlegal.com

**Esbrook P.C.**
Christopher J. Esbrook (pro hac vice forthcoming)
Stephen R. Brown (pro hac vice forthcoming)
Laura Newcomer Cohen (pro hac vice forthcoming)
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
christopher.esbrook@esbrook.com
stephen.brown@esbrook.com
laura.cohen@esbrook.com

Katherine M. Aizpuru*
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Fax: (202) 973-0950
kaizpuru@tzlegal.com

*Counsel for Plaintiffs*

* pro hac vice application to be filed

*Counsel for Defendant ProctorU, Inc. d/b/a Meazure Learning*

3