1  **Esbrook P.C.**
   Christopher J. Esbrook (pro hac vice forthcoming)
2  Stephen R. Brown (pro hac vice forthcoming)
   Laura Newcomer Cohen (pro hac vice forthcoming)
3  321 N. Clark Street, Suite 1930
   Chicago, IL 60654
4  Phone: (312) 319-7680
   christopher.esbrook@esbrook.com
5  stephen.brown@esbrook.com
   laura.cohen@esbrook.com
6
   **Potomac Law Group, PLLC**
7  Emma Leheny (Cal. Bar. No. 196167)
   1717 Pennsylvania Avenue, NW, Suite 1025
8  Washington, D.C. 20006
   1255 Treat Boulevard, Suite 300
9  Walnut Creek, CA 94597
   Phone: (202) 670-1094
10 Fax:   (202) 318-7707
   eleheny@potomaclaw.com
11

12  *Counsel for ProctorU, Inc. d/b/a Meazure Learning*

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| LAURA PERJANIK, SAMUEL MCCLAIN, and VICTORIA TULSIDAS on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>PROCTORU, INC. d/b/a MEAZURE LEARNING,<br><br>  Defendant. | Case No. 4:25-cv-02095-JST<br><br>**Stipulation to Extend Deadline for Defendant to Respond to Plaintiff's Motion to Consolidate Cases and Appoint Interim Lead Counsel; ORDER** |

   WHEREAS, on February 27, 2025, Plaintiffs filed their putative class action complaint (ECF 1) against ProctorU, Inc, Inc. d/b/a Meazure Learning ("Meazure Learning");

   WHEREAS, on March 20, 2025, Plaintiffs filed their motion to consolidate cases and appoint interim lead counsel (ECF 16);

1

WHEREAS, counsel for Meazure Learning entered an appearance on April 1, 2025;

WHEREAS, Meazure Learning needs additional time to review Plaintiffs' motion to consolidate cases and appoint interim lead counsel and additional time to review the pleadings in this and the other case that is the subject of Plaintiffs' motion, *Trisha A.M. v. ProctorU, Inc. doing business as Meazure Learning*, No. 25-cv-02197-JST (N.D. Cal.);

WHEREAS, a hearing is set on Plaintiffs' motion to consolidate cases and appoint interim lead counsel on May 29, 2025;

WHEREAS, this is the first request by Meazure Learning to modify any deadlines in this action;

WHEREAS, the modifications agreed to herein would not have any effect on the schedule for the case;

NOW, THEREFORE, the parties stipulate as follows:

1. The deadline for Meazure Learning to respond to Plaintiffs' motion to consolidate cases and appoint interim lead counsel (ECF 16) will be extended to April 24, 2025.

Dated: April 1, 2025

| /s/ Emma Leheny | /s/ Annick M. Persinger |
|---|---|

**Potomac Law Group, PLLC**
Emma Leheny (Cal. Bar. No. 196167)
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
Phone: (202) 670-1094
Fax:     (202) 318-7707
eleheny@potomaclaw.com

**Esbrook P.C.**
Christopher J. Esbrook (pro hac vice forthcoming)
Stephen R. Brown (pro hac vice forthcoming)
Laura Newcomer Cohen (pro hac vice forthcoming)
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
christopher.esbrook@esbrook.com
stephen.brown@esbrook.com
laura.cohen@esbrook.com

*Counsel for Defendant ProctorU, Inc. d/b/a Meazure Learning*

**TYCKO & ZAVAREEI LLP**

Annick M. Persinger (CA Bar No. 272996)
Lavanya Prabhakar (CA Bar No. 358175)
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950
apersinger@tzlegal.com
lprabhakar@tzlegal.com

Katherine M. Aizpuru*
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Fax: (202) 973-0950
kaizpuru@tzlegal.com

*Counsel for Plaintiffs*

\* pro hac vice application to be filed

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __April 2__, 2025                            _/s/ Jon S. Tigar_

3