1 | **FARUQI & FARUQI, LLP**
Lisa T. Omoto (State Bar No. 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

*Attorneys for Plaintiff Katrina McDowell*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATRINA MCDOWELL, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING<br>   Defendant. | Case No. 4:25-cv-04259<br><br>**PLAINTIFF MCDOWELL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURUSANT TO LOCAL RULES 3-12 AND 7-11**<br><br>Mag. Judge Donna M. Ryu |
| LAURA PERJANIK, SAMUEL MCCLAIN, and VICTORIA TULSIDAS on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING,<br>   Defendant. | Case No. 4:25-cv-02095<br><br>Judge Jon S. Tigar |
| TRISHA A.M., individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING<br>   Defendant. | Case No. 4:25-cv-02197<br><br>Judge Jon S. Tigar |

---

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; NO. 4:25-CV-04259**

1  Plaintiff Katrina McDowell initially filed her Complaint in the United States District Court for the Central District of California on March 17, 2025. Case No. 5:25-cv-00705-GW-DTB, ECF No. 1. On May 15, 2025, Judge George H. Wu transferred this action to the Northern District of California. Pursuant to Local Rules 3-12, 7-11, and 7-12, Plaintiff McDowell submits this Administrative Motion to Consider Whether Cases Should be Related and seeks administrative relief relating her case with these pending actions in the United States District Court for the Northern District of California:

- *Perjanik v. ProctorU, Inc.*, Case No. 4:25-cv-02095, filed on or about February 27, 2025.
- *A.M. v. ProctorU, Inc.* Case No. 4:25-cv-02197, filed on or about March 3, 2025.

Both of the above-listed actions are pending before Judge Jon S. Tigar. All three of these cases relate to ProctorU's deficient administration of the February 2025 California Bar Exam. It is likely that, if the cases are conducted separately or before different judges, there will be an unduly burdensome duplication of labor and expense by both the Court and the Parties. Further, it is possible that, if conducted separately before different judges, the cases may reach conflicting results.

In furtherance of this administrative motion, counsel for Plaintiff McDowell sought and obtained agreement from counsel for the *Perjanik* and *A.M.* Plaintiffs, as well as Defendant ProctorU, that the cases are all related. An appropriate stipulation to this effect is submitted herewith.

Accordingly, Plaintiff McDowell respectfully requests that the Court consider these three matters related.

Date: May 22, 2025                    Respectfully submitted,

By: /s/ *Lisa T. Omoto*
Lisa T. Omoto SBN 303830

**FARUQI & FARUQI, LLP**

1
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; NO. 4:25-CV-04259

1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com