**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATRINA MCDOWELL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING<br>　　　　　Defendant. | Case No. 4:25-cv-04259<br><br>**STIPULATION RE: PLAINTIFF MCDOWELL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULES 3-12 AND 7-11; [PROPOSED] ORDER**<br><br>Mag. Judge Donna M. Ryu |
| LAURA PERJANIK, SAMUEL MCCLAIN, and VICTORIA TULSIDAS on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING,<br>　　　　　Defendant. | Case No. 4:25-cv-02095-JST<br><br>Judge Jon S. Tigar |
| TRISHA A.M., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING<br>　　　　　Defendant. | Case No. 4:25-cv-02197-JST<br><br>Judge Jon S. Tigar |

**JOINT STIPULATION RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; [PROPOSED] ORDER**

     Plaintiffs Katrina McDowell, Laura Perjanik, Samuel McClain, Victoria Tulsidas, Trisha A.M., and defendant ProctorU, Inc. (collectively, "Parties") hereby submit the following Stipulation in support of the Administrative Motion to Consider Whether Cases Should be Related:

     WHEREAS, on March 17, 2025, Plaintiff McDowell filed her Class Action Complaint against Defendant ProctorU, Inc. in the United States District Court for the Central District of California, *McDowell v. ProctorU, Inc.*, No. 5:25-cv-00705-GW-DTB;

     WHEREAS, on May 19, 2025, Plaintiff McDowell's action was transferred to the United States District Court for the Northern District of California, *McDowell v. ProctorU, Inc.*, No. 25-cv-04259-DMR;

     WHEREAS, Plaintiff McDowell's complaint relates to ProctorU, Inc.'s administration of the February 2025 California Bar Examination;

     WHEREAS, Plaintiff McDowell's allegations, claims for relief, and supporting factual basis are substantially similar to the presently docketed actions *Perjanik et al. v. ProctorU, Inc.*, No. 4:25-cv-02095-JST, and *A.M. v. ProctorU, Inc.*, No. 4:25-cv-02197-JST;

     WHEREAS, it is likely that, if the cases are conducted separately or before different judges, there will be an unduly burdensome duplication of labor and expense by both the Court and the parties;

     WHEREAS, it is possible that, if the cases are conducted separately or before different judges, the cases may reach conflicting results or conclusions of law;

     WHEREAS, the interests of efficient use of judicial resources and the resources of the Parties are best served through relation and consolidation of the three cases;

     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel of record herein, that the *McDowell* action be considered related to the *Perjanik* and *A.M.* actions and assigned to the Honorable Jon S. Tigar for all purposes.

| | | |
|---|---|---|
| 1 | DATED: May 22, 2025 | **TYCKO & ZAVAREEI** |
| 2 | | |
| 3 | | By: /s/ Katherine M. Aizpuru |
| | | Katherine M. Aizpuru, Esq. |
| 4 | | *Counsel for Plaintiffs Laura Perjanik,* |
| | | *Samuel McClain, and Victoria Tulsidas* |
| 5 | | |
| 6 | DATED: May 22, 2025 | **SAUDER SCHELKOPF LLP** |
| 7 | | By: /s/ Joseph G. Sauder |
| | | Joseph G. Sauder, Esq. |
| 8 | | *Counsel for Plaintiff Trisha A.M.* |
| 9 | | |
| 10 | DATED: May 22, 2025 | **FARUQI & FARUQI, LLP** |
| 11 | | By: /s/ Lisa T. Omoto |
| | | Lisa T. Omoto, Esq. |
| 12 | | *Counsel for Plaintiff Katrina McDowell* |
| 13 | | |
| 14 | DATED: May 22, 2025 | **POTOMAC LAW GROUP, PLLC** |
| 15 | | By: /s/ Emma Leheny |
| | | Emma Leheny, Esq. |
| 16 | | *Counsel for Defendant ProctorU, Inc.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

United States District Judge

2

**JOINT STIPULATION RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; [PROPOSED] ORDER**

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), the filer of this document attests that all signatories have concurred in this filing.

DATED: May 22, 2025						By:  /s/ Lisa T. Omoto
										Lisa T. Omoto