**FARUQI & FARUQI, LLP**
Lisa T. Omoto (State Bar No. 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

*Attorneys for Plaintiff Katrina McDowell*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PERJANIK, SAMUEL MCCLAIN, and VICTORIA TULSIDAS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING,<br><br>Defendant. | Case No. 4:25-cv-02095-JST<br><br>**STATEMENT OF NON-OPPOSITION TO MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM LEAD COUNSEL**<br><br>Judge Jon S. Tigar |

Plaintiff McDowell respectfully submits this statement of non-opposition to the pending Motion to Consolidate Cases and Appoint Interim Lead Counsel. Plaintiff McDowell filed her Administrative Motion to Consider Whether Cases Should be Related on May 22, 2025 (ECF No. 39). Given Plaintiff McDowell's position that the cases should be related, and given the presently pending Motion to Consolidate Cases and Appoint Interim Lead Counsel (ECF No. 16), the undersigned counsel has met and conferred with proposed Interim Lead Counsel and supports the appointment of Tycko & Zavareei LLP and Sauder Schelkopf LLC as Interim Lead Counsel in the proposed related actions *McDowell v. ProctorU, Inc.*, No. 4:25-cv-04259-DMR, *Perjanik et al. v. ProctorU, Inc.*, No. 4:25-cv-02095-JST, and *A.M. v. ProctorU, Inc.*, No. 4:25-cv-02197-JST. Plaintiff McDowell endorses the proposed leadership structure and believes it is in the best interests of the putative class, and the undersigned counsel has also agreed to work collaboratively with Interim Lead Counsel to advance the litigation efficiently and effectively.

Dated: May 28, 2025                  Respectfully submitted,

FARUQI & FARUQI, LLP

By: /s/ Lisa T. Omoto
Lisa T. Omoto, Esq.

*Counsel for Plaintiff Katrina McDowell*