**ESBROOK P.C.**
Christopher J. Esbrook (pro hac vice)
Stephen R. Brown (pro hac vice)
Laura Newcomer Cohen (pro hac vice)
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
christopher.esbrook@esbrook.com
stephen.brown@esbrook.com
laura.cohen@esbrook.com

**POTOMAC LAW GROUP, PLLC**
Emma Leheny (Cal. Bar. No. 196167)
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
Phone: (202) 670-1094
Fax:    (202) 318-7707
eleheny@potomaclaw.com

*Counsel for ProctorU, Inc. d/b/a Meazure Learning*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ProctorU California Bar Exam Litigation* | Case No.  4:25-cv-2095-JST <br><br> **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** <br><br> Complaint Filed: February 27, 2025 |

WHEREAS, on June 3, 2025, the Court entered its Order Granting Motion to Consolidate Cases and Appoint Interim Lead Counsel **As Modified** (ECF 43, the "Order");

WHEREAS, the Order states that, "[o]n or before June 23, 2025, Interim Counsel are directed to file a Consolidated Amended Complaint";

WHEREAS, on June 23, 2025, Plaintiffs filed their Consolidated Amended Complaint (ECF 46);

WHEREAS, the parties have agreed to extend the deadline for ProctorU, Inc. d/b/a Meazure Learning to respond to the Consolidated Amended Complaint.

NOW, THEREFORE, the parties stipulate as follows:

1. The deadline for Meazure Learning to answer or otherwise respond to the complaint is extended to August 7, 2025.

Dated: June 27, 2025

| /s/ Christopher J. Esbrook | /s/ Katherine M. Aizpuru |
|---|---|
| **Esbrook P.C.**<br>Christopher J. Esbrook (pro hac vice)<br>Stephen R. Brown (pro hac vice)<br>Laura Newcomer Cohen (pro hac vice)<br>321 N. Clark Street, Suite 1930 Chicago, IL 60654 Phone: (312) 319-7680<br>christopher.esbrook@esbrook.com<br>Stephen.brown@esbrook.com<br>laura.cohen@esbrook.com<br><br>**Potomac Law Group, PLLC**<br>Emma Leheny (Cal. Bar. No. 196167)<br>1717 Pennsylvania Avenue, NW, Suite 1025<br>Washington, D.C. 20006<br>1255 Treat Boulevard, Suite 300<br>Walnut Creek, CA 94597<br>Phone: (202) 670-1094<br>Fax: (202) 318-7707<br>eleheny@potomaclaw.com<br><br>*Counsel for Defendant ProctorU, Inc. d/b/a Meazure learning* | Annick M. Persinger (CA Bar No. 272996)<br>Lavanya Prabhakar (CA Bar No. 358175)<br>apersinger@tzlegal.com<br>lprabhakar@tzlegal.com<br>**TYCKO & ZAVAREEI LLP**<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>Telephone: (510) 254-6808<br><br>Katherine M. Aizpuru (pro hac vice)<br>kaizpuru@tzlegal.com<br>**TYCKO & ZAVAREEI LLP**<br>2000 Pennsylvania Ave NW, Suite 1010<br>Washington, DC 20006<br>Telephone: (202) 973-0900<br><br>Joseph G. Sauder (pro hac vice)<br>Joseph B. Kenney*<br>jgs@sstriallawyers.com<br>jbk@sstriallawyers.com<br>**SAUDER SCHELKOPF LLC**<br>1109 Lancaster Avenue<br>Berwyn, PA 19312<br>Telephone: (610) 200-0580<br>Fax: (610) 421-1326<br><br>*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*<br><br>*\*pro hac vice application to be filed* |