**ESBROOK P.C.**
Christopher J. Esbrook (pro hac vice)
Stephen R. Brown (pro hac vice)
Laura Newcomer Cohen (pro hac vice)
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
christopher.esbrook@esbrook.com
stephen.brown@esbrook.com
laura.cohen@esbrook.com

**POTOMAC LAW GROUP, PLLC**
Emma Leheny (Cal. Bar. No. 196167)
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
Phone: (202) 670-1094
Fax:     (202) 318-7707
eleheny@potomaclaw.com

*Counsel for ProctorU, Inc. d/b/a Meazure Learning*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re ProctorU California Bar Exam Litigation* | Case No. 4:25-cv-2095-JST<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Amended Complaint Filed: June 23, 2025 |

WHEREAS, on June 3, 2025, the Court entered its Order Granting Motion to Consolidate Cases and Appoint Interim Lead Counsel \*\*As Modified\*\* (ECF 43);

WHEREAS, on June 23, 2025, Plaintiffs filed their Consolidated Amended Class Action Complaint (ECF 46);

WHEREAS, the parties previously agreed to extend the deadline for ProctorU, Inc. d/b/a Meazure Learning to respond to the Consolidated Amended Complaint through September 5, 2025 (ECF 47, 48);

1

WHEREAS, the parties have agreed to a further extension of Meazure Learning's deadline to respond to the Complaint as the parties discuss scheduling of a private mediation.

NOW, THEREFORE, the parties stipulate as follows:

1. The deadline for Meazure Learning to answer or otherwise respond to the Complaint is extended to October 6, 2025.

Dated: September 4, 2025

/s/ Katherine M. Aizpuru
Annick M. Persinger (CA Bar No. 272996)
Lavanya Prabhakar (CA Bar No. 358175)
apersinger@tzlegal.com
lprabhakar@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808

Katherine M. Aizpuru (pro hac vice)
kaizpuru@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900

Joseph G. Sauder (pro hac vice)
Joseph B. Kenney*
jgs@sstriallawyers.com
jbk@sstriallawyers.com
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0580
Fax: (610) 421-1326
*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

*pro hac vice application to be filed

/s/ Laura Newcomer Cohen
Christopher J. Esbrook (pro hac vice)
Stephen R. Brown (pro hac vice)
Laura Newcomer Cohen (pro hac vice)
**ESBROOK P.C.**
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
christopher.esbrook@esbrook.com
stephen.brown@esbrook.com
laura.cohen@esbrook.com

**POTOMAC LAW GROUP, PLLC**
Emma Leheny (Cal. Bar. No. 196167)
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
Phone: (202) 670-1094
Fax:    (202) 318-7707
eleheny@potomaclaw.com

*Counsel for Defendant ProctorU, Inc. d/b/d Meazure Learning*