Annick M. Persinger (CA Bar No. 272996)
*apersinger@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

Joseph G. Sauder (*pro hac vice*)
*jgs@sstriallawyers.com*
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0580
Fax: (610) 421-1326

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ProctorU California Bar Exam Litigation* | No. 4:25-cv-02095-JST <br><br> Hon. Jon S. Tigar <br><br> **JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND MODIFY BRIEFING SCHEDULE** <br><br> Amended Complaint Filed: June 23, 2025 |

The undersigned counsel for Plaintiffs Laura Perjanik, Samuel McClain, Victoria Tulsidas, Katrina McDowell, Tamir Sukkary, and Edina Cole and Defendant ProctorU Inc., d/b/a Meazure Learning ("Meazure"), in the above-captioned action hereby stipulate and agree, pursuant to Civil Local Rule 6-1(b), as follows:

WHEREAS, on February 27, 2025, Plaintiffs filed their putative class action complaint (the "Complaint) in this Court, Dkt. No. 1;

WHEREAS, on March 20, 2025, Plaintiffs filed their motion to consolidate cases and appoint interim lead counsel, Dkt. No. 16;

WHEREAS, on April 1, 2025, parties stipulated for an extension for Meazure's response to Plaintiffs' motion to consolidate and appoint interim lead counsel to April 24, 2025, Dkt. No. 30.

WHEREAS, on June 3, 2025, the Court entered its Order Granting Motion to Consolidate Cases and Appoint Interim Lead Counsel, Dkt No. 43;

WHEREAS, on June 23, 2025, Plaintiffs filed their Consolidated Amended Class Action Complaint, Dkt. No. 46;

WHEREAS, the parties previously agreed to extend the deadline for Meazure to respond to the Consolidated Amended Complaint through October 6, 2025 (Dkt Nos. 47, 48, 51).

WHEREAS, on October 6, 2025, Defendant filed its Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. Dkt. No. 56.

WHEREAS, extending the time for Plaintiffs to file a Response in Opposition to Defendant's Motion to Dismiss the Consolidated Amended Class Action Complaint will modify Plaintiffs' current deadline of October 20, 2025 and Defendant's current deadline of October 27, 2025 set by the Local Rules and the Federal Rules of Civil Procedure;

WHEREAS, extending these deadlines will have little impact on the case schedule as briefing for the motion will be completed prior to the hearing currently scheduled for December 11, 2025.

WHEREAS, the Parties therefore agree that good cause exists to modify the schedule as described herein.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel that:

1. Plaintiffs' deadline to file a Response in Opposition to Defendant's Motion to Dismiss the Consolidated Amended Class Action Complaint is extended to November 10, 2025.

2. Defendant's deadline to file a Reply in Support of its Motion to Dismiss the Consolidated Amended Class Action Complaint is extended to December 8, 2025.

**IT IS SO STIPULATED.**

Dated: October 10, 2025

*/s/ Annick M. Persinger*

Annick M. Persinger (CA Bar No. 272996)
Lavanya Prabhakar (CA Bar No. 358175)
*apersinger@tzlegal.com*
*lprabhakar@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808

Katherine M. Aizpuru (pro hac vice)
*kaizpuru@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900

Joseph G. Sauder (pro hac vice)
Joseph B. Kenney*
*jgs@sstriallawyers.com*
*jbk@sstriallawyers.com*
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0580
Fax: (610) 421-1326

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Dated: October 10, 2025

*pro hac vice to be filed*
/s/ Laura Newcomer Cohen

Christopher J. Esbrook (pro hac vice)
Stephen R. Brown (pro hac vice)
Laura Newcomer Cohen (pro hac vice)
**ESBROOK P.C.**
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
christopher.esbrook@esbrook.com
stephen.brown@esbrook.com
laura.cohen@esbrook.com

**POTOMAC LAW GROUP, PLLC**
Emma Leheny (Cal. Bar. No. 196167)
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
Phone: (202) 670-1094
Fax:     (202) 318-7707
eleheny@potomaclaw.com

*Counsel for Defendant ProctorU, Inc. d/b/a Meazure Learning*

4
JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND MODIFY BRIEFING SCHEDULE
*In re ProctorU California Bar Exam Litigation.,* No. 4:25-cv-02095-JST

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October __, 2025.

 

 

                                                                             _____
Hon. Jon S. Tigar
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I hereby attest that each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

Dated: October 10, 2025                                                    */s/ Annick M. Persinger*
                                                                                          Annick M. Persinger