1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ProctorU California Bar Exam Litigation* | No. 4:25-cv-02095-JST<br><br>Hon. Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND MODIFY BRIEFING SCHEDULE**<br><br>Amended Complaint Filed: June 23, 2025 |

The Court having considered the Parties' stipulation, it is hereby ORDERED that:

1. Plaintiffs' deadline to file a Response in Opposition to Defendant's Motion to Dismiss the Consolidated Amended Class Action Complaint is extended to November 10, 2025.
2. Defendant's deadline to file a Reply in Support of its Motion to Dismiss the Consolidated Amended Class Action Complaint is extended to December 8, 2025.
3. The Court will reschedule the hearing for the motion to dismiss from December 11, 2025 to January 8, 2026.

**IT IS SO ORDERED.**

Dated: October 22, 2025.

_____
Hon. Jon S. Tigar
United States District Judge