Annick M. Persinger (CA Bar No. 272996)
Lavanya Prabhakar (CA Bar No. 358175)
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950
apersinger@tzlegal.com
lprabhakar@tzlegal.com

[Additional counsel in signature block]

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *In re ProctorU California Bar Exam Litigation* | Case Number: 4:25-cv-02095-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PENDING MEDIATION**<br><br>Judge: Jon S. Tigar<br>Courtroom: 6<br>Amended Complaint Filed: June 23, 2025 |

This is a class action lawsuit in which the plaintiffs allege that the defendant violated California law in its administration of the February 2025 California Bar Examination. The parties now enter the following Stipulation, subject to Court approval, to stay all proceedings so that they may have a meaningful opportunity to attempt resolution of this matter through private mediation. This is the first request for a stay of all proceedings.

### Statement of Good Cause

The parties have agreed to mediate on July 14, 2026 before Hon. Andrew Guilford (Ret.). To avoid incurring potentially unnecessary fees and costs relating to continued litigation and to advance judicial economy so that the parties can focus on mediation and potential settlement of

1

the claims and causes of action asserted in the above-referenced action, the parties jointly request that the Court stay this case pending completion of private mediation.

Defendant's motion to dismiss is fully briefed and pending. The parties are also actively engaged in discovery. However, the parties agree it would be in their mutual interest to stay the case and engage in meaningful settlement discussions before the pending motion is decided. If the parties can resolve the case at this early juncture, they will preserve their own resources and promote judicial economy.

**Stipulation**

Accordingly, the parties HEREBY STIPULATE and request that the Court order as follows:

1.  The case, including all deadlines, is stayed pending the July 14, 2026 mediation before Judge Guilford.

2.  The parties shall file a joint status report on or before July 20, 2026 advising the Court as to whether a settlement was reached.

Dated: April 1, 2026

/s/ Annick M. Persinger
Annick M. Persinger (CA Bar No. 272996)
Lavanya Prabhakar (CA Bar No. 358175)
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950
apersinger@tzlegal.com
lprabhakar@tzlegal.com

Katherine M. Aizpuru*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Fax: (202) 973-0950
kaizpuru@tzlegal.com

Joseph G. Sauder
Joseph B. Kenney*
**SAUDER SCHELKOPF LLC**

1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Fax: (610) 421-1326
jgs@sstriallawyers.com
jbk@sstriallawyers.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

*\*pro hac vice application to be filed*

Dated: April 1, 2026

*/s/ Laura Newcomer Cohen*
**Esbrook P.C.**
Christopher J. Esbrook (pro hac vice)
Stephen R. Brown (pro hac vice)
Laura Newcomer Cohen (pro hac vice)
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
christopher.esbrook@esbrook.com
Stephen.brown@esbrook.com
laura.cohen@esbrook.com

**Potomac Law Group, PLLC**
Emma Leheny (Cal. Bar. No. 196167)
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
Phone: (202) 670-1094
Fax: (202) 318-7707
eleheny@potomaclaw.com

*Counsel for Defendant ProctorU, Inc. d/b/a Meazure Learning*

3

STIPULATION AND [PROPOSED] ORDER TO STAY PENDING MEDIATION
Case No. 4:25-CV-02095

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), Annick M. Persinger herby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

/s/ Annick M. Persinger
Annick M. Persinger

Pursuant to stipulation, IT IS SO ORDERED.

_____

Hon. Jon S. Tigar

UNITED STATES DISTRICT JUDGE

4