Katherine M. Aizpuru (SBN 367828)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
kaizpuru@tzlegal.com

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re ProctorU California Bar Exam Litigation* | Case No.: 4:25-cv-02095-JST<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Jon S. Tigar<br>Courtroom 6 – 2nd Floor<br>Amended Complaint Filed: June 23, 2025 |

The undersigned submits this Notice of Appearance to update the Court as to the status of her admission to practice and to notice her appearance as a member of the State Bar. The undersigned was admitted *pro hac vice* in this matter on May 14, 2025. Dkt. 37. On May 5, 2026, the undersigned became a member of the California Bar, and on May 8, 2026, was admitted to practice before this Court.

Dated: May 11, 2026                     Respectfully submitted

*/s/ Katherine M. Aizpuru*
Katherine M. Aizpuru (SBN 367828)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
kaizpuru@tzlegal.com

NOTICE OF APPEARANCE
Case No. 4:25-CV-02095-JST