Annick M. Persinger (CA Bar No. 272996)
Lavanya Prabhakar (CA Bar No. 358175)
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950
apersinger@tzlegal.com
lprabhakar@tzlegal.com

[Additional counsel in signature block]

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *In re ProctorU California Bar Exam Litigation* | ) <br> ) Case Number: 4:25-cv-02095-JST <br> ) <br> ) **STATUS REPORT** <br> ) <br> ) Judge: Jon S. Tigar <br> ) Courtroom: 6 <br> ) Amended Complaint Filed: June 23, 2025 <br> ) <br> ) <br> ) <br> ) |

The Parties appeared for mediation before the Honorable Andrew Guilford (Ret.) on July 14, 2026. The Parties are continuing to negotiate, and Plaintiffs, with the consent of Defendant, request that the Court extend the stay for an additional ten days to permit the ongoing negotiations.

Dated: July 20, 2026

/s/ Katherine M. Aizpuru
Katherine M. Aizpuru (CA Bar No. 367828)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Fax: (202) 973-0950
kaizpuru@tzlegal.com

1

Annick M. Persinger (CA Bar No. 272996)
Lavanya Prabhakar (CA Bar No. 358175)
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950
apersinger@tzlegal.com
lprabhakar@tzlegal.com


Joseph G. Sauder*
Joseph B. Kenney*
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Fax: (610) 421-1326
jgs@sstriallawyers.com
jbk@sstriallawyers.com

*Interim Co-Lead Counsel for Plaintiffs and
the Proposed Class*

*pro hac vice*

2