Annick M. Persinger (CA Bar No. 272996)
Lavanya Prabhakar (CA Bar No. 358175)
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950
apersinger@tzlegal.com
lprabhakar@tzlegal.com

[Additional counsel in signature block]

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ProctorU California Bar Exam Litigation* | Case Number: 4:25-cv-02095-JST<br><br>**JOINT STIPULATION ~~TO~~ AND ORDER STAYING ACTION PENDING APPROVAL OF CLASS ACTION SETTLEMENT AND SETTING DEADLINE TO FILE PRELIMINARY APPROVAL**<br><br>Judge: Jon S. Tigar<br>Courtroom: 6<br>Amended Complaint Filed: June 23, 2025 |

Pursuant to Local Rule 7-12, Plaintiffs Laura Perjanik, Samuel McClain, Victoria Tulsidas, Katrina McDowell, Jenny Ayoub, Tamir Sukkary, and Edina Cole and Defendant ProctorU, Inc. d/b/a Meazure Learning (collectively the "Parties"), through their respective attorneys, hereby stipulate and declare as follows:

WHEREAS, the Parties have reached a class action settlement in principle and are executing a Term Sheet.

WHEREAS, the Parties are currently memorializing their agreement via a Class Action Settlement Agreement and exhibits.

WHEREAS, after the Parties finalize the Class Action Settlement Agreement and exhibits, Plaintiffs intend to move for preliminary approval of the Class Action Settlement Agreement.

WHEREAS, to conserve the resources of the Parties who have resolved this action in principle, the Parties agree that good cause exists to stay all scheduled deadlines, and to proceed with deadlines related to approval of the forthcoming Class Action Settlement Agreement instead.

WHEREAS, the Parties further agree that the deadline for Plaintiff to file a motion for preliminary approval should be September 11, 2026 to allow time to draft and execute the agreement reached in principle and to prepare preliminary approval papers.

NOW THEREFORE, Plaintiffs and Defendant hereby agree and stipulate as follows:

1. All deadlines unrelated to approval of a class action settlement shall be stayed pending approval of a class action settlement.
2. The deadline for Plaintiffs to file a motion for preliminary approval shall be September 11, 2026. The filing shall include further deadlines for the remainder of the action.

Dated: August 10, 2026

Respectfully Submitted,

*<u>/s/ Katherine M. Aizpuru</u>*
Katherine M. Aizpuru (CA Bar No. 367828)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Fax: (202) 973-0950

kaizpuru@tzlegal.com

Annick M. Persinger (CA Bar No. 272996)
Lavanya Prabhakar (CA Bar No. 358175)
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950
apersinger@tzlegal.com
lprabhakar@tzlegal.com

Joseph G. Sauder*
Joseph B. Kenney*
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Fax: (610) 421-1326
jgs@sstriallawyers.com
jbk@sstriallawyers.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

**pro hac vice*

Dated: August 10, 2026

*/s/ Laura Newcomer Cohen*
**Esbrook P.C.**
Christopher J. Esbrook (pro hac vice)
Stephen R. Brown (pro hac vice)
Laura Newcomer Cohen (pro hac vice)
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
christopher.esbrook@esbrook.com
Stephen.brown@esbrook.com
laura.cohen@esbrook.com

**Potomac Law Group, PLLC**
Emma Leheny (Cal. Bar. No. 196167)
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
Phone: (202) 670-1094

Fax: (202) 318-7707
eleheny@potomaclaw.com

*Counsel for Defendant ProctorU, Inc. d/b/a Meazure Learning*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), Katherine M. Aizpuru herby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

*/s/ Katherine M. Aizpuru*
Katherine M. Aizpuru

Pursuant to stipulation, IT IS SO ORDERED.



______________________________
Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE

Dated: August 11, 2026