Katherine M. Aizpuru (CA Bar No. 367828)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Fax: (202) 973-0950
kaizpuru@tzlegal.com

[Additional counsel in signature block]

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ProctorU California Bar Exam Litigation* | Case Number: 4:25-cv-02095-JST<br><br>**JOINT STIPULATED REQUEST TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL BY 7 DAYS; ORDER**<br><br>Judge: Jon S. Tigar<br>Courtroom: 6<br>Amended Complaint Filed: June 23, 2025 |

Pursuant to Local Rules 6-1 and 6-2, Plaintiffs Laura Perjanik, Samuel McClain, Victoria Tulsidas, Katrina McDowell, Jenny Ayoub, Tamir Sukkary, and Edina Cole and Defendant ProctorU, Inc. d/b/a Meazure Learning (collectively the "Parties"), through their respective attorneys, jointly stipulate and request that the Court extend the deadline to file a Motion for Preliminary Approval of Class Action Settlement by seven days, from September 11, 2026 to September 18, 2026. In support thereof, the Parties state as follows:

1. The Parties have reached a class action settlement in principle and have executed a Term Sheet.

2. The Parties are currently memorializing their agreement via a Class Action Settlement Agreement and exhibits. The Class Action Settlement Agreement is nearly finalized and the parties are negotiating a small number of remaining details.

3. After the Parties finalize the Class Action Settlement Agreement and exhibits, Plaintiffs intend to move for preliminary approval of the Class Action Settlement Agreement, supported by declarations of counsel and of the proposed Settlement Administrator.

4. While the Parties are very close to executing the Settlement Agreement, they require a brief extension of the deadline in order to finalize the remaining details, obtain signatures, and finalize the motion for preliminary approval and supporting papers.

5. This is the first request for an extension of time to file a motion for preliminary approval.

6. Prior extensions for other reasons in the case have included (1) a stipulation for the defendant to respond to the complaint, Dkt. 24; (2) a stipulation to extend the deadline to respond to the motion to consolidate, Dkt. 25; (3) a stipulation to extend the deadline to respond to the complaint, Dkt. 47; (4) a stipulation to extend the deadline to respond to the consolidated complaint, Dkt. 48; (5) a further stipulation to extend the deadline to respond to the consolidated complaint, Dkt. 51; and (6) a stipulation to extend the deadline for plaintiffs to respond to the motion to dismiss, Dkt. 59.

7. There are no current deadlines other than the deadline to file the motion for

preliminary approval. The first hearing date currently available on the Court's calendar is October 29, 2026, and thus the brief requested extension is unlikely to cause any meaningful delay in the case schedule.

NOW THEREFORE, Plaintiffs and Defendant hereby agree and stipulate as follows:

1. The deadline for Plaintiffs to file a motion for preliminary approval shall be extended from September 11, 2026 to September 18, 2026. The filing shall include further deadlines for the remainder of the action.
2. All deadlines unrelated to approval of a class action settlement shall remain stayed pending approval of a class action settlement.

Dated: September 11, 2026

Respectfully Submitted,

*/s/ Katherine M. Aizpuru*

Katherine M. Aizpuru (CA Bar No. 367828)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Fax: (202) 973-0950
kaizpuru@tzlegal.com

Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950
apersinger@tzlegal.com

Joseph G. Sauder*
Joseph B. Kenney*
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Fax: (610) 421-1326
jgs@sstriallawyers.com
jbk@sstriallawyers.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

**pro hac vice*

Dated: September 11, 2026

*/s/ Laura Newcomer Cohen*
Laura Newcomer Cohen*
Christopher J. Esbrook*
Stephen R. Brown*
**Esbrook P.C.**
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
laura.cohen@esbrook.com
christopher.esbrook@esbrook.com
Stephen.brown@esbrook.com

**Potomac Law Group, PLLC**
Emma Leheny (Cal. Bar. No. 196167)
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
Phone: (202) 670-1094
Fax: (202) 318-7707
eleheny@potomaclaw.com

*Counsel for Defendant ProctorU, Inc. d/b/a Meazure Learning*

**pro hac vice*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), Katherine M. Aizpuru hereby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

*/s/ Katherine M. Aizpuru*
Katherine M. Aizpuru

Pursuant to stipulation, IT IS SO ORDERED.

____________________________

Hon. Jon S. Tigar

UNITED STATES DISTRICT JUDGE