Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950
*apersinger@tzlegal.com*

Joseph G. Sauder (pro hac vice)
Joseph B. Kenney (pro hac vice)
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Fax: (610) 421-1326
*jgs@sstriallawyers.com*
*jbk@sstriallawyers.com*

[Additional counsel in signature block]

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*In re ProctorU California Bar Exam Litigation*

Case No. 4:25-cv-02095-JST

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Judge: Hon. Jon S. Tigar
Date: January 14, 2027
Time: 2:00 p.m.
Courtroom: 6

**PLEASE TAKE NOTICE** that, on January 14, 2027 at 2:00 p.m., or at another time agreeable to the Court, Plaintiffs Laura Perjanik, Samuel McClain, Victoria Tulsidas, Katrina McDowell, Jenny Ayoub, Tamir Sukkary, and Edina Cole, on behalf of themselves and all others similarly situated, will and hereby do respectfully move for an order to preliminarily approve the Class Action Settlement reached in this case.

Plaintiffs respectfully request that the Court:

1) Preliminarily approve the proposed Settlement;
2) Provisionally certify the Settlement Class for settlement purposes only;
3) Appoint Plaintiffs Laura Perjanik, Samuel McClain, Victoria Tulsidas, Katrina McDowell, Jenny Ayoub, Tamir Sukkary, and Edina Cole as Class Representatives for settlement purposes only;
4) Appoint Katherine Aizpuru and Annick Persinger of Tycko & Zavareei LLP, and Joseph Sauder and Joseph Kenney of Sauder Schelkopf LLC as Class Counsel for settlement purposes only;
5) Appoint Angeion Group as the Settlement Administrator;
6) Order Defendant to provide the Notice List to the Settlement Administrator;[1]
7) Approve the form, manner, and content of the proposed notice and order the Settlement Administrator to distribute notice to the Settlement Class pursuant to the proposed Notice Plan described in the Settlement;
8) Approve the California Lawyers Foundation as the *Cy Pres* Recipient;
9) Set deadlines for filing claims, objections, and exclusions to the Settlement;

---

[1] In the Class Action Settlement, the parties defined the Notice List as "a list prepared by Defendant via an export from the Meazure Exam Platform that includes, for each person who started the February 2025 California Bar Exam, the person's first and last name and email address." Meazure has informed Settlement Class Counsel that, under the Master Services Agreement made as of November 7, 2024 between Meazure and the State Bar of California (the "MSA"), the Notice List information is confidential and there are restrictions on Meazure's disclosure of the Notice List information. Accordingly, Plaintiffs respectfully request that any Order the Court may enter preliminarily approving the Settlement specifically order Defendant to provide the Notice List to the Settlement Administrator. Meazure will provide a copy of this filing to the State Bar of California.

10) Schedule a Final Approval Hearing; and

11) Stay all proceedings until the Court renders a final decision on approval of the Settlement.

This motion is unopposed by Defendant ProctorU, Inc. d/b/a Meazure Learning.

Dated: September 21, 2026

Respectfully Submitted,

/s/ *Annick M. Persinger*

Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950
*apersinger@tzlegal.com*

Katherine M. Aizpuru (CA Bar No. 367828)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900
Fax: (202) 973-0950
*kaizpuru@tzlegal.com*

Joseph G. Sauder (pro hac vice)
Joseph B. Kenney (pro hac vice)
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Fax: (610) 421-1326
*jgs@sstriallawyers.com*
*jbk@sstriallawyers.com*

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*